John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT 84103
T: (801) 521-9862
jmejia@acluutah.org
lfarrell@acluutah.org

M. Laughlin McDonald*
American Civil Liberties Union Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
T: (404) 500-1235
lmcdonald@aclu.org

Ezra D. Rosenberg*
M. Eileen O'Connor*
Arusha Gordon*
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., Suite 400
Washington, D.C. 20005
T: (202) 662-8600
erosenberg@lawyerscommittee.org
eoconnor@lawyerscommitee.org
agordon@lawyerscommittee.org

Maya Kane*
10 Town Square, #52
Durango, Colorado  81301
T: (970) 946-5419
mayakanelaw@gmail.com

William A. Rudnick*
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: (312) 368-4000
william.rudnick@dlapiper.com

Raymond M. Williams*
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-3300
raymond.williams@dlapiper.com

*Pro hac vice motion to follow

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| NAVAJO NATION'S HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW, | Case No. 2:16-cv-154 JNP |
| Plaintiffs, | |
| v. | PLAINTIFFS' APPLICATION FOR DESIGNATION OF A THREE-JUDGE COURT |
| SAN JUAN COUNTY; JOHN DAVID NIELSON, in his official capacity as San Juan County Clerk; and PHIL LYMAN, BRUCE ADAMS, and REBECCA BENALLY, in their official capacities as San Juan County Commissioners, | |
| Defendants. | |

Plaintiffs respectfully request that a district court of three judges be convened to hear and determine a cause of action contained in Plaintiffs' Complaint in this case. In support of this request, Plaintiffs state:

1. This case arises from the decision of San Juan County, Utah to move to a mail-only voting system to the detriment of Native American residents and in violation of Section 203 of the Voting Rights Act, 52 U.S.C. § 10503 ("Section 203"), Section 2 of the Voting Rights Act, 52 U.S.C. § 10301 ("Section 2"), and the Fourteenth Amendment to the United States Constitution Act.

2. The closure of polling places within the Navajo Nation Reservation has hindered and will continue to hinder the ability of Native American citizens in San Juan County to effectively participate in the political process.

3. The mail-only system has deprived Native Americans speaking Navajo, an unwritten language, from their right to language assistance for limited-English proficient citizens under Section 203.

4. Section 204 of the Voting Rights Act, 52 U.S.C. § 10504, provides that an action under this subsection shall be heard and determined by a court of three judges in accordance with 28 U.S.C. § 2284.

Accordingly, Plaintiffs respectfully request that a court of three judges be designated to hear and determine Plaintiffs' claim under Section 203 in accordance with the provisions of 28 U.S.C. § 2284.

Respectfully submitted, this 1st day of March, 2016.

s/ John Mejia
John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT 84103
T: (801) 521-9862
jmejia@acluutah.org
lfarrell@acluutah.org

M. Laughlin McDonald*
American Civil Liberties Union Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303

T: (404) 500-1235
lmcdonald@aclu.org
Ezra D. Rosenberg*
M. Eileen O'Connor*
Arusha Gordon*
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., Suite 400
Washington, D.C. 20005
T: (202) 662-8600
erosenberg@lawyerscommittee.org
eoconnor@lawyerscommitee.org
agordon@lawyerscommittee.org

Maya Kane*
10 Town Square, #52
Durango, Colorado  81301
T: (970) 946-5419
mayakanelaw@gmail.com

William A. Rudnick*
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: (312) 368-4000
william.rudnick@dlapiper.com

Raymond M. Williams*
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-3300
raymond.williams@dlapiper.com

*Pro hac vice motion to follow*