Jesse C. Trentadue (#4961)
Carl F. Huefner (#1566)
Britton R. Butterfield (#13158)
**SUITTER AXLAND, PLLC**
8 East Broadway, Suite 200
Salt Lake City, UT  84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355
E-Mail: jesse32@sautah.com
E-Mail: chuefner@sautah.com
E-Mail: bbutterfield@sautah.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW, | **MOTION TO DISMISS OFFICIAL CAPACITY CLAIM** |
| Plaintiffs, | Case No. 2:16-cv-00154 JNP |
| | Judge Jill N. Parrish |
| v. | |
| SAN JUAN COUNTY; JOHN DAVID NIELSON, in his official capacity as San Juan County Clerk; and PHIL LYMAN, BRUCE ADAMS, and REBECCA BENALLY, in their official capacities as San Juan County Commissioners, | Magistrate Judge Brooke C. Wells |
| | **Oral Argument Is Not Requested** |
| Defendants. | |

| | |
|---|---|
| SAN JUAN COUNTY; JOHN DAVID NIELSON; PHIL LYMAN, BRUCE ADAMS; and REBECCA BENALLY | : : : : |
| Counterclaim Plaintiffs, | : : |
| v. | : : |
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW, | : : : : : : |
| Counterclaim Defendants. | : : |

Plaintiffs have commenced this action under the *Voting Rights Act*,[1] and the *Fourteenth Amendment* to the United States *Constitution* challenging San Juan County, Utah's conduct of elections by mail-in-ballots.  Plaintiffs have named as defendants San Juan County, Utah, San Juan County Commissioners Bruce Adams, Rebecca Benally and Phil Lyman as well as San Juan County Clerk-Auditor, John David Nielson.  Plaintiffs have named all of the individual defendants solely in their "official capacity."[2]  However, because San Juan County is also named as a defendant in this action, naming the individual defendants in

---

[1] 52 U.S.C. §§ 10301 and 10503.

[2] *See Complaint,* Dkt. 2, ¶¶ 22, 23, 24 and 25.

their official capacities is unnecessary and redundant.

Wherefore, pursuant to *Federal Rules of Civil Procedure* 12(b)(6) and 12(c), Defendants Adams, Benally, Lyman and Nielson hereby move to dismiss Plaintiffs' claims with prejudice.  **Oral argument is not requested**.

## ARGUMENT

When government officials are sued in their official capacities and the governmental entity is also sued, the law requires dismissal of the official capacity suits.[3]  Simply stated, civil actions are "pleaded against a municipality either by naming the municipality itself or by naming a municipal official in his or her official capacity.  Naming either is sufficient.  Naming both is redundant."[4]

---

[3] *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985)(official-capacity suits are another way of pleading an action against an entity of which an officer is an agent).  *See also Hardy v. Town of Hayneville*, 50 F.Supp. 2d 1176, 1185 (N.D. Ala. 1999); *Luke v. Abbott*, 954 F. Supp 202, 203 (C.D. Cal. 1971); *Vance v. County of Santa Clara*, 928 F. Supp. 993, 996 (N.D. Cal. 1996); *Carnell v. Grim*, 872 F. Supp. 746, 752 (Haw. 1994); *Willis v. Bell*, 726 F. Supp. 1118, 11124 (N.D. Ill. 1989); *Dusenberry v. County of Kaui*, 1996 U.S. Dist. LEXIS 13245, *7(unpublished)(D. Haw., October 12, 2007); *Williams v. City of Sagmaw*, 2002 U.S. Dist. LEXIS 14391, *13 (E.D. Mich., August 2, 2002)(unpublished)(collecting cases in which district courts have dismissed official capacity suits against municipal employees when governmental entity was also named as a defendant).  *See also Pumery v. Outboard Marine Corp*., 172 F.3d 531, 535 (8th Cir. 1999)(a suit against a public employee in his or her official capacity is merely a suit against the public employer).

[4] *Stump v. Gates*, 777 F. Supp. 808 n.3 (D. Colo. 1991)

## CONCLUSION

Because San Juan County is named in the lawsuit, the official capacity claims against the individual Defendants are redundant and unnecessary. As such, they should be dismissed with prejudice.

DATED this 5th day of April, 2016.

                                      SUITTER AXLAND, PLLC

                                      /s/ jesse c. trentadue
                                      Jesse C. Trentadue
                                      Carl F. Huefner
                                      Britton R. Butterfield
                                      *Attorneys for Defendants*

*T:\7000\7788\1\MOTION TO DISMISS OFFICIAL CAPACITY CLAIMS.wpd*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2016, I electronically filed the foregoing document with the U.S. District Court for the District of Utah. Notice will automatically be electronically mailed to the following individual(s) who are registered with the U.S. District Court CM/ECF System:

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT 84103
T: (801) 521-9862
jmejia@acluutah.org
lfarrell@acluutah.org
*Attorneys for Plaintiffs*

Ezra D. Rosenberg*
M. Eileen O'Connor*
Arusha Gordon*
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., Suite 400
Washington, D.C. 20005
T: (202) 662-8600
erosenberg@lawyerscommittee.org
eoconnor@lawyerscommitee.org
agordon@lawyerscommittee.org
*Attorneys for Plaintiffs*

M. Laughlin McDonald*
American Civil Liberties Union Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
T: (404) 500-1235
lmcdonald@aclu.org
*Attorneys for Plaintiffs*

Maya Kane*
10 Town Square, #52
Durango, Colorado 81301
T: (970) 946-5419
mayakanelaw@gmail.com
*Attorneys for Plaintiffs*

William A. Rudnick*
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: (312) 368-4000
william.rudnick@dlapiper.com
*Attorneys for Plaintiffs*

Raymond M. Williams*
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-3300
raymond.williams@dlapiper.com
*Attorneys for Plaintiffs*

/s/ jesse c. trentadue