

**§ 920. Establishment**
2 NAVAJO CODE § 920 | Navajo Nation Code Annotated | (Approx. 1 page)

Navajo Nation Code Annotated
   Title 2. Navajo Nation Government
      Chapter 3. Legislative Branch
         Subchapter 11. Boards and Commissions
            Article 6. Navajo Nation Human Rights Commission

2 NAVAJO CODE § 920

§ 920. Establishment

Currentness

There is hereby established the Navajo Human Rights Commission (herein referred to as the Commission) in the Legislative Branch as an entity of the Navajo Nation government.

Current through December 2009.

(c) 2010 Navajo Nation and Thomson Reuters/West.

2 NAVAJO CODE § 920 , 2 N.N.C. § 920

**End of Document**    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

Westlaw. © 2016 Thomson Reuters | Privacy Statement | Accessibility | Supplier Terms | Contact Us | 1-800-REF-ATTY (1-800-733-2889) | **Improve Westlaw**    THOMSON REUTERS