

**§ 921. Purpose**
2 NAVAJO CODE § 921 | Navajo Nation Code Annotated (Approx. 1 page)

Navajo Nation Code Annotated
  Title 2. Navajo Nation Government
    Chapter 3. Legislative Branch
      Subchapter 11. Boards and Commissions
        Article 6. Navajo Nation Human Rights Commission

2 NAVAJO CODE § 921

§ 921. Purpose

Currentness

The Commission is organized to operate as a clearinghouse entity to administratively address discriminatory actions against citizens of the Navajo Nation, and to interface with the local, state, and federal governments and with national and international human rights organizations in accordance with its plan of operation and applicable laws and regulations of the Navajo Nation.

Current through December 2009.

(c) 2010 Navajo Nation and Thomson Reuters/West.

2 NAVAJO CODE § 921 , 2 N.N.C. § 921

**End of Document**  © 2016 Thomson Reuters. No claim to original U.S. Government Works.

Westlaw. © 2016 Thomson Reuters | Privacy Statement | Accessibility | Supplier Terms | Contact Us | 1-800-REF-ATTY (1-800-733-2889) | **Improve Westlaw**  THOMSON REUTERS