**WESTLAW**

Navajo Nation Code Annotated
 Title 2. Navajo Nation Government
  Chapter 3. Legislative Branch
   Subchapter 11. Boards and Commissions
    Article 6. Navajo Nation Human Rights Commission

§ 922. Organization; powers; and office
2 NAVAJO CODE § 922 | Navajo Nation Code Annotated (Approx. 2 pages)

2 NAVAJO CODE § 922

§ 922. Organization; powers; and office

Currentness

A. The Commission shall consist of five commissioners. Qualifications for the commissioners shall include persons with reputable and established backgrounds in the fields of education, business, law enforcement and social services. The commissioners shall be appointed by the Speaker of the Navajo Nation Council and confirmed by the Intergovernmental Relations Committee.

B. Commissioners shall receive no additional compensation for their activities in connection with the Commission, other than reimbursement for required and authorized expenses incurred in the performance of their duties.

C. The Commission shall receive reports of discriminatory and racial acts perpetrated against citizens of the Navajo Nation. The Commission will compile this data and track occurrences of these events and refer documented incidents to the proper authorities, subject to applicable laws.

D. The Commission shall have the authority to approve the rules, policies and procedures for the Commission and its office, to conduct public hearings, and to issue subpoenas, in accordance with the laws of the Navajo Nation. Commissioners shall hire and supervise an Executive Director for the Commission in accordance with the Navajo Nation Personnel Policies Manual.

E. The Executive Director shall administer the daily operations of the Commission through the Office of the Navajo Nation Human Rights Commission. The Executive Director shall be responsible and accountable to the Commission and shall be authorized to employ necessary personnel in accordance with the Navajo Nation Personnel Policies Manual and the Navajo Nation operating budget.

F. The Commission shall coordinate with other Navajo Nation offices, departments, and other governmental entities as necessary to carry out the Commission's purposes and authorities, subject to applicable laws. This Act shall not be construed to diminish the operation of the Navajo Nation Business Opportunity Act, the Navajo Nation Business and Procurement Act, the Navajo Preference in Employment Act, the Navajo Nation Bill of Rights, or any other laws of the Navajo Nation.

Current through December 2009.

(c) 2010 Navajo Nation and Thomson Reuters/West.

2 NAVAJO CODE § 922 , 2 N.N.C. § 922

---

**End of Document** © 2016 Thomson Reuters. No claim to original U.S. Government Works.

Westlaw. © 2016 Thomson Reuters | Privacy Statement | Accessibility | Supplier Terms | Contact Us | 1-800-REF-ATTY (1-800-733-2889) | **Improve Westlaw**   THOMSON REUTERS