# EXHIBIT A
# TO DECLARATION OF JOHN MEJIA

**From:** Leah Farrell <lfarrell@acluutah.org>
**Subject:** **Tc re NNHRC v San Juan**
**Date:** April 6, 2016 4:27:21 PM MDT
**To:** jesse32@sautah.com
**Cc:** John Mejia <jmejia@acluutah.org>

Mr. Trentadue,

Thank you for speaking with me earlier today.  To reiterate, I have asked that you forward any official document adopting or reflecting San Juan County's commitment to change their voting procedure for the 2016 election, including specifics about polling locations to be opened, in person and website access to voter information in the Navajo language, notification via Navajo language radio, etc (as reflected in paragraph 1 and 7 of Defendants' Answer).  You said that you would look into it.

Please respond with any document or further information you can provide by the end of the week. If we do not hear from you by this Friday afternoon, we'll give you a follow-up call.

Best,
Leah


Leah Farrell
Staff Attorney
ACLU of Utah
(801) 521-9862 x105
lfarrell@acluutah.org

This message may contain information that is confidential or legally privileged. The information contained in this email is intended only for the recipient[s] listed above. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. Please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you.

# EXHIBIT B
# TO DECLARATION OF JOHN MEJIA

**From:** Jesse Trentadue <Jesse32@sautah.com>
**Subject:** **NAVAJO Matter 7788.1 TAPAHA DEPOSITION**
**Date:** April 11, 2016 9:15:15 AM MDT
**To:** "jmejia@acluutah.org" <jmejia@acluutah.org>, "lfarrell@acluutah.org" <lfarrell@acluutah.org>
**Cc:** Sarah Allred <SAllred@sautah.com>
▶ 1 Attachment, 872 KB

John:

Have been out of the office, but go your voice mail. Will call today. Meanwhile, attached are portions of Ed Tapaha's deposition dealing with vote-by-mail. Mr. Tapaha is the County's liaison with the Navajo people. He describes the efforts that he and the County undertook to educate his people about vote-by-mail in the prior election cycle, which will be repeated in the 2016 election cycle. He also talks about how the Navajo Nation was consulted and apparently liked the mail-in-ballot program.



3102_001.pdf (872 KB)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

---

NAVAJO NATION, a federally          )
recognized Indian tribe, et al.,    )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )Civil No.
                                    )2:12-cv-00039-RS
SAN JUAN COUNTY, a Utah             )
government subdivision              )
                                    )
            Defendant.              )
                                    )

---
                                    )
Attorney:                           )
                                    )
Steven C. Boos, Esquire             )
Eric P. Swenson, Esquire            )
Maya Leonard Kane, Esquire          )
MAYNES, BRADFORD, SHIPPS &          )
SHEFTEL, LLP                        )
835 E. Second Avenue, Ste. 123      )
Durango, Colorado 81302-2717        )
Phone: (970) 247-1755               )
E-mail: sboos@mbssllp.com           )
        mkane@mbssllp.com           )
        E.Swenson4@comcast.net      )

---

## DEPOSITION OF EDWARD TAPAHA

---

    BE IT REMEMBERED that on, to wit, the 24th day of
June, 2015, this matter came on for the taking of the
deposition of **EDWARD TAPAHA** before Beverly E. King,
Certified Shorthand Reporter and Notary Public of the firm
of ANIMAS REPORTING SERVICE, 919 County Road 142,
Durango, Colorado 81303, taken at the San Juan County,
Utah Administrative Offices, Monticello, Utah, at the hour
of 9:02 a.m.

1    difficult to get reception in Bluff, wasn't it?

2        A    Yes, it was very poor.  Especially if you live in

3    the valley, very valley area.  If you live a little bit

4    higher, depending on what kind of radio you have, you

5    probably could get good -- some reception.

6        Q    When did KUTA go out of business?  I have no

7    memory of that station.

8        A    When I start working they were still in business.

9    Went out of business late '90.  They couldn't get a good

10   strong local business support, advertisements, so they

11   just went out of business.

12       Q    So, when Ms. Johnson hired you, what did she say

13   your duties were going to be?

14       A    She told me that one is that I work with the

15   county commissioner as a liaison, helping out the county

16   commissioner to submit information, like public land

17   issues or the issues that reflect on the county and the

18   Navajo Reservation, working with them.

19            Also worked with Rick Bailey mostly because of

20   the road issues.  Sent me on some of these road committee

21   meetings at the chapter or agency, work with them.  And

22   then listening in Window Rock with the law enforcement and

23   other things.

24            That is the off-year election.  Which mean

25   off-year election is like odd years, '91, '93, '95, '97.

1           But even years my responsibilities is the

2    election.  When Gail hired me she just explained, "Well,

3    Ed, you are going to work with the commission during the

4    odd years.  You are going to work with the election even

5    years."  But she left before I started in '92, actually.

6    She resign her post right before that, probably October or

7    something like that.  I can't recall that one.  But she

8    was on that.  She told me, "Well, you are going to work

9    with the election in even years."

10        Q     So, after she left did that change?

11        A     Uh-huh.  Well, Gail Northern came in.  And I

12   guess she had to relearn everything from day one to even

13   years with the election.  She was kind of a laid-back

14   person, because she is new to it, but she still told me to

15   say, "Ed, go out and give out the election information,

16   radio announcement, chapter meetings, registration here

17   and there."

18        Q     Ms. Northern didn't stay that long, right?

19        A     Yeah.  She stayed -- I don't know, early '90s, I

20   believe it was, or maybe before that.  And she resigned

21   and moved to Phoenix with her husband.  So, Norman took

22   over after that.  And Norm stayed until last year when she

23   retired -- or he retired.

24        Q     When Norman took over, did your job duties change

25   at all or did you do pretty much the same thing?

1    quorum to start the meeting?

2         A    Yes.

3         Q    Do those people usually show up by the time a

4    meeting is scheduled to start?

5         A    No.

6         Q    How long does it usually take before a quorum

7    usually shows up?

8         A    About two hours.

9         Q    When the folks from the chapter meeting show up

10   and the meeting start, do they stay through the whole

11   meeting typically or does the makeup of the room change?

12        A    Majority of them stay for the whole meeting and

13   then they change.  Then some come in.

14        Q    So, you have people going in and out the whole

15   time?

16        A    Yes.

17        Q    So, it might not be the same people?

18        A    Yes.

19        Q    When you gave your presentation, the people that

20   you gave that presentation to might not have been the same

21   people who came in later, correct?

22        A    Yes.

23        Q    Okay.  What did you tell people at that meeting

24   about the vote-by-mail process?

25        A    By-mail voting process, that we will like to

1    present to the chapter for information that we will do a

2    by-mail voting.  And I show them what the ballots from a

3    previous election, meaning 2010 election ballots.  Give

4    that presentation; this is a sample ballot, this is what

5    you will receive in the mail.

6         Q    Ballot is a sample ballot from the Monticello

7    city election, correct?

8         A    No.

9         Q    From where?

10        A    I had my own ballot information I had from

11   Oljato, the southern part.

12        Q    Okay.  What kind of questions did people have

13   about that?

14        A    They asked when will that be.  And I told them if

15   we do have a primary election that is when we will

16   probably do so.

17        Q    Did they have any other questions about --

18        A    They say that "What happened if you are not

19   registered?  Will you receive that ballot in the mail?"  I

20   said, "No, that is the reason why you have to register.

21   Make sure you update your information in the

22   registration."

23        Q    Did anyone express any concerns about doing

24   mail-in ballots?

25        A    Yes.

1       Q     What were the concerns that were --

2       A     Concerns.  The elderlies that are homebound.

3       Q     What were the concerns about the elderly?

4       A     Will they receive a ballot in the mail, and if

5    they do, how are they going to vote.  And I usually say,

6    "Well, you as a family member of voters, if you are aware

7    that you receive this information, if you receive this

8    ballot you can help your elderly grandparents that you

9    know of and discuss the ballots with them."

10      Q     Did people think that was a good idea?

11      A     Uh-huh.  Yes.

12      Q     There is very many entries in your diary, and I

13   will just show you these.  I don't want you to read any of

14   the names, as we discussed before.  But, for example, on

15   January 6th and 7th there is a list of names that I

16   believe I recognize them as former clients of mine.  But,

17   there are a number of names of people that I believe are

18   elderly Navajos, and it shows you doing visits either

19   under the heading of "Waiver Or Alternative."  I take it

20   that these are visits, home visits, that you are making to

21   elderly Navajos --

22      A     Yes.

23      Q     -- in your capacity as an LPN, not --

24      A     With another name that is there, is "Darren" or

25   "Dalton," they are case manager, case manager worker.  I

1       A       That is wrong.  It says 1-21 -- 4-21 -- so by

2    that --

3       Q       I think there is a notation on the 21st about the

4    commission.  It says, "Norman Johnson and commission"?

5       A       That is Norman was the one that was meeting with

6    me.  He asked me -- don't have to, but I met with him

7    after the meeting.

8       Q       So, explain the topics that you have noted down

9    there.

10      A       Norman Johnson, county clerk, and James Francom,

11   the deputy attorney -- deputy county clerk, we discussed

12   election activity.  And we also discussed by mail voting,

13   what it consist of, being how do we go about it, envelope,

14   what do we do, information that we need to send out right

15   away to the voters explaining step one, step two, step

16   three.

17              Then the radio announcement reflects on the

18   upcoming election, the primary election about by-mail

19   voting.  Sent the information to KTNN.  We discussed those

20   radio stations that we would do, the two stations.

21              Then the paper, Navajo Times, San Juan Record.

22              And then we discussed the signature issue saying,

23   okay, we have a registered voter that registered 10 or 15

24   years ago.  If we do by mail how do we identify that that

25   is a correct person registering with a ballot there,

1    because with the information on the by-mail voting you

2    have to sign your envelope at the bottom.  And if they

3    sign it and then we cross check with it, how do we do

4    that.  How do we identify that this person is the one

5    that's signature is here.

6         Q    What was the process you decided to use for doing

7    that?

8         A    We -- by mail voting?

9         Q    Uh-huh.  For the signature cross-checks.

10        A    Signature cross-check is we cross-check with the

11   registered voter's signature, previously registered voter.

12   With this signature on this ballot, let's say my name, and

13   my name over here when day one I register, does that

14   reflect the same thing.  And I ask that question, say,

15   "Will it change or will it not change?"  Okay.  I was 25

16   years old when I registered here, I am 65.  Does my

17   signature change?

18        Q    Uh-huh.

19             MR. TRENTADUE:  You have to say "yes."

20             THE WITNESS:  Eventually it will.  And how

21   do we know that this Tapaha registered over here the

22   signature reflects on this Tapaha over here.

23        Q    (BY MR. BOOS:)  So, what did you decide to do?

24        A    And we said the age bracket, the change from 20,

25   30 years ago reflects on there may be a difference.  But

1        A       Yes.

2        Q       And local offices.

3        A       Yes.

4        Q       And this is used to describe the ballots?

5        A       Yes, at the polling place previously.

6        Q       And did you use that -- when you talk about

7    preparing your radio messages, did you use that same

8    terminology when you prepared that?

9        A       Yes.

10       Q       And you how long were your radio spots?  How long

11   did it last?

12       A       Previously it was like 15 minutes with the

13   by-mail voting.  Previously in 2010 were like two or three

14   minutes.

15       Q       You say the by-mail voting.  That obviously was

16   longer.  I assume you had more to explain?

17       A       Yes.

18       Q       What did you say in that ad?

19       A       I explained that you will receive a ballot in the

20   mail.  I explained the outside envelope that says

21   "Official Election Ballot," and "Then it will have your

22   address on it.  Then it will also have return address in

23   the corner.  And when you take that out, open the white

24   envelope that has a ballot.  And then you will see a blue

25   envelope and you will see a ballot in it.  Before you do

1    your ballots you look at the blue envelope, make sure the

2    name that you sent it back will have Norman Johnson, the

3    county clerk Monticello address.  At the far left corner

4    it will have your address on it and your name on it.  Then

5    you turn it over, make sure you fill in the line and say

6    where if you live in Red Mesa, make sure you put Red Mesa

7    on it and then print your name, and then sign it and then

8    do your ballot."

9         Q    Did you explain in there what the listeners were

10   to do if they did not receive a ballot?

11        A    Yes.

12        Q    What did you tell them?

13        A    I informed them that they need to call us, let us

14   know, and I give the phone number on the radio spot.

15        Q    Did you discuss with the voters in your radio ads

16   if they did not receive a voter ID card, identification

17   card?

18        A    "If you didn't receive identification card,

19   contact us and then we will get one for you."  Or if I

20   have it with me, then I go back.  And if they inform me of

21   it, go back and visit with them and re-register and give

22   them the card.

23        Q    You talked about your voter registration in your

24   truck.  Describe that for me.

25        A    Voters registration?

1    time."  And also explained when the voting will take place

2    by mail.

3          Q    Did you explain to them what to do if they didn't

4    receive a ballot?

5          A    Yes.

6          Q    What did you tell them?

7          A    Explain that they need to contact me.  Because I

8    usually go to them constantly.  And if they didn't get it,

9    let me know when I am there and we'll register it and look

10   it up in the registration document or the registration

11   list and based on that.  Then if I see that they are still

12   registered, they haven't get it, I usually call the County

13   out there, James.  Communicate with him, look it up.  He

14   usually tell me, "Well, we sent it out to them."  I

15   usually ask the person that is there, the elderly that I

16   talk to, and cross-reference with the registration listing

17   that I have, and ask them if they still have their address

18   the same.  If they say no, then I re-register and I

19   usually bring that information in.  Then we send out

20   another ballot.

21         Q    You mentioned that you received back about 20

22   ballots that were not signed.

23         A    Yes.

24         Q    As I understand from your testimony to Mr. Boos,

25   you actually went and looked these people up?

1     A     Yes.

2     Q     And had them sign their ballot?

3     A     Yes.  Or the envelope.

4     Q     Or the envelope.

5     A     Yes.

6     Q     Just so they can vote?

7     A     Yes.

8     Q     Do you like vote by mail?

9     A     Yes.

10    Q     Why?

11        A     The reason is that you will receive a ballot two

12    or three weeks ahead of time, mostly two weeks ahead of

13    time.  You have every opportunity to look it through.  And

14    you will also share with your family member and have them

15    help you out with that election information on the ballot.

16    And then encourage the younger generation to become

17    involved in the election process because you have your

18    ballot right there with you and you explain it to them.

19    And then my train of thought is to say that this will

20    encourage the younger and the younger generation to become

21    involved in the election process so that they can -- when

22    they become of age they can register and vote.

23        Q     Mr. Johnson testified yesterday in working out

24    this vote-by-mail system that he had communicated with the

25    Navajo Election Administration, I think he said Mr. Edison

1   Wauneka.

2       A     Yes.

3       Q     Were you involved in any of that liaison work

4   with the Navajo Election Administration?

5       A     Yes.

6       Q     What did you all do?

7       A     He came up and visit with us, and we explain it

8   to him what we were doing.  And I believe that Mr. Johnson

9   also communicate with him by phone and explain by-mail

10  voting.

11      Q     Did Mr. Wauneka express to you any

12  dissatisfaction with by-mail voting, you know, say "I

13  don't like it"?

14      A     No.

15      Q     Did he ever say he liked it?

16      A     Yes.

17      Q     What can you remember him saying about it?

18      A     That election ballot will be in the person's hand

19  before the election and have a -- take time to look it

20  over instead of at the very last moment.

21      Q     This is a little aside.  You were asked about

22  members of the Navajo Nation who run for county

23  commission.  I believe you were asked about Mr. Grayeyes

24  in District 1?

25      A     Yes.

# EXHIBIT C
# TO DECLARATION OF JOHN MEJIA

**From:** John Mejia <jmejia@acluutah.org>
**Subject:** **Re: NAVAJO Matter 7788.1 TAPAHA DEPOSITION**
**Date:** April 11, 2016 2:18:13 PM MDT
**To:** Jesse Trentadue <Jesse32@sautah.com>
**Cc:** Leah Farrell <lfarrell@acluutah.org>, Sarah Allred <SAllred@sautah.com>

Jesse,

Thank you for responding. I apologize if you were confused by our request. As we understand it, the Answer and Counterclaim claim that the County made the decision to open three additional in-person polling places before the complaint was filed. If this is the case, we are interested in reviewing any documents that indicate that this decision was made prior to the complaint being filed and which detail the County's election plans for 2016. Please send us documents which detail both the County's plans to open three additional polling places and the County's plans to provide language assistance during future elections.

If your clients have any such documents, please send them to us by the close of business tomorrow. Thanks in advance for your time and attention.


Regards,

John Mejia
Legal Director
ACLU of Utah
801-521-9862 ext. 108
jmejia@acluutah.org
http://www.acluutah.org


This e-mail message may contain information that is confidential or legally privileged. The information contained in this e-mail is intended only for the recipient[s] listed above. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you.


On Apr 11, 2016, at 9:15 AM, Jesse Trentadue <Jesse32@sautah.com> wrote:

John:

Have been out of the office, but go your voice mail. Will call today.  Meanwhile, attached are portions of Ed Tapaha's deposition dealing with vote-by-mail.  Mr. Tapaha is the County's liaison with the Navajo people.  He describes the efforts that he and the County undertook to educate his people about vote-by-mail in the prior election cycle, which will be repeated in the 2016 election cycle.  He also talks about how the Navajo Nation was consulted and apparently liked the mail-in-ballot program.

<3102_001.pdf>

# EXHIBIT D
# TO DECLARATION OF JOHN MEJIA

**From:** Jesse Trentadue <Jesse32@sautah.com>
**Subject:** **RE: NAVAJO Matter 7788.1 TAPAHA DEPOSITION**
**Date:** April 12, 2016 9:23:11 AM MDT
**To:** John Mejia <jmejia@acluutah.org>
**Cc:** Leah Farrell <lfarrell@acluutah.org>, Sarah Allred <SAllred@sautah.com>, Carl Huefner <CHuefner@sautah.com>

John:

Here is an article that ran in the Navajo Times about the new polling places for the 2016 election.
http://navajotimes.com/rezpolitics/sjc-reverses-policy-mail-ballots/


jesse c. trentadue
Suitter Axland, PLLC
8 East Broadway #200
Salt Lake City, UT 84111
Telephone:  801 532 7300
jesse32@sautah.com


"This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privilege), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful."

**From:** John Mejia [mailto:jmejia@acluutah.org]
**Sent:** Monday, April 11, 2016 2:18 PM
**To:** Jesse Trentadue
**Cc:** Leah Farrell; Sarah Allred
**Subject:** Re: NAVAJO Matter 7788.1 TAPAHA DEPOSITION

Jesse,
Thank you for responding. I apologize if you were confused by our request.  As we understand it, the Answer and Counterclaim claim that the County made the decision to open three additional in-person polling places before the complaint was filed.  If this is the case, we are interested in reviewing any documents that indicate that this decision was made prior to the complaint being filed and which detail the County's election plans for 2016.  Please send us documents which detail both the County's plans to open three additional polling places and the County's plans to provide language assistance during future elections.
If your clients have any such documents, please send them to us by the close of business tomorrow.  Thanks in advance for your time and attention.

Regards,

John Mejia
Legal Director
ACLU of Utah
801-521-9862 ext. 108
jmejia@acluutah.org
http://www.acluutah.org


This e-mail message may contain information that is confidential or legally privileged.  The information contained in this e-mail is intended only for the recipient[s] listed above.  Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited.  If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you.


On Apr 11, 2016, at 9:15 AM, Jesse Trentadue <Jesse32@sautah.com> wrote:

John:

Have been out of the office, but go your voice mail. Will call today.  Meanwhile, attached are portions of Ed Tapaha's deposition dealing with vote-by-mail.  Mr. Tapaha is the County's liaison with the Navajo people. He describes the efforts that he and the County undertook to educate his people about vote-by-mail in the prior election cycle, which will be repeated in the 2016 election cycle.  He also talks about how the Navajo Nation was consulted and apparently liked the mail-in-ballot program.

<3102_001.pdf>

# EXHIBIT E
# TO DECLARATION OF JOHN MEJIA

From:     John Mejia <jmejia@acluutah.org>
Subject:  **Re: FOLLOW-UP**
Date:     April 13, 2016 2:00:18 PM MDT
To:       Jesse Trentadue <Jesse32@sautah.com>
Cc:       Leah Farrell <lfarrell@acluutah.org>

Jesse,

Thanks for your email. On our call yesterday, you mentioned that you would be willing to pass along another request for documents.  To that end, please let your clients know that we would like all documents they have that:

-reflect the timeline on which the decision to open polling places and provide language assistance for this year's elections was made;

-discuss the County's decision and plans to implement its decision to open polling places and provide language assistance this year;

-publicize the County's voting process for this year's elections; and

-discuss the County's plans to keep polling places open and provide language assistance in future elections.

These can be documents of any kind, including written policies, memos, emails, and so on.  If there are no documents on these topics, please let us know that as well.  We appreciate your response as soon as possible.

Additionally, we would be like to see the County's written policy regarding how decisions are made to alter and implement voting procedures, if there is such a policy.

I appreciate you looking into whether the County intends to implement its decision to open polling places and provide language assistance by the June 28 primary elections.  We will look forward to hearing from you on that topic.

Best regards,

John Mejia
Legal Director
ACLU of Utah
801-521-9862 ext. 108
jmejia@acluutah.org
http://www.acluutah.org

This e-mail message may contain information that is confidential or legally privileged.  The information contained in this e-mail is intended only for the recipient[s] listed above.  Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited.  If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you.

On Apr 13, 2016, at 12:13 PM, Jesse Trentadue <Jesse32@sautah.com> wrote:

John:

You were going to send me an e-mail identifying the additional information that you wanted.   Meanwhile, will check on primary.

jesse c. trentadue
Suitter Axland, PLLC
8 East Broadway #200
Salt Lake City, UT 84111
Telephone:  801 532 7300
jesse32@sautah.com

"This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privilege), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful."

# EXHIBIT F
# TO DECLARATION OF JOHN MEJIA

**From:** John Mejia <jmejia@acluutah.org>
**Subject:** **Re: NNHRC v. San Juan County: Expedited Discovery**
**Date:** April 28, 2016 10:22:45 AM MDT
**To:** jesse32@sautah.com
**Cc:** Leah Farrell <lfarrell@acluutah.org>

Jesse,

We are looking for a 30(b)(6) deposition that concerns establishing and implementing the County voting procedures described in the answer and counterclaims; the exact topics for that will be specified in advance of the deposition.  We want to take that deposition in the next 15 days.  We also want answers to up to 5 document requests and up to 5 interrogatories within 10 days of service via email, which we would serve within the next week.

John

On Apr 27, 2016, at 2:27 PM, Jesse Trentadue wrote:

# What do you need?

jesse c. trentadue
Suitter Axland, PLLC
8 East Broadway #200
Salt Lake City, UT 84111
Telephone:  801 532 7300
jesse32@sautah.com

"This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privilege), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful."

**From:** John Mejia [mailto:jmejia@acluutah.org]
**Sent:** Wednesday, April 27, 2016 1:58 PM
**To:** Jesse Trentadue

**Cc:** Leah Farrell
**Subject:** NNHRC v. San Juan County: Expedited Discovery

Jesse,

Because the primary elections are so close, we feel that it is appropriate to immediately enter into limited discovery regarding what the procedure for the upcoming elections will look like. Accordingly, we intend to file a motion for expedited discovery that requests formal answers to discovery requests and depositions of policy makers for the County on election matters. Please let us know by close of business tomorrow whether you are willing to engage in such limited expedited discovery without a court order, as we intend to file on Friday if needed.

Regards,

John Mejia
Legal Director
ACLU of Utah
801-521-9862 ext. 108
jmejia@acluutah.org
http://www.acluutah.org

This e-mail message may contain information that is confidential or legally privileged. The information contained in this e-mail is intended only for the recipient[s] listed above. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you.