John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT 84103
T: (801) 521-9862
jmejia@acluutah.org
lfarrell@acluutah.org

M. Laughlin McDonald*
American Civil Liberties Union Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
T: (404) 500-1235
lmcdonald@aclu.org

Ezra D. Rosenberg*
Arusha Gordon*
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., Suite 400
Washington, D.C. 20005
T: (202) 662-8600
erosenberg@lawyerscommittee.org
agordon@lawyerscommittee.org

Maya Kane*
10 Town Square, #52
Durango, Colorado  81301
T: (970) 946-5419
mayakanelaw@gmail.com

Raymond M. Williams*
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-3300
raymond.williams@dlapiper.com

*Admitted pro hac vice

**ATTORNEYS FOR PLAINTIFFS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

|  |  |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW, | Case No. 2:16-cv-00154 JNP |
| Plaintiffs, | |
| v. | **PLAINTIFFS' REQUEST FOR OVERLENGTH REPLY BRIEF** |
| SAN JUAN COUNTY; JOHN DAVID NIELSON, in his official capacity as San Juan County Clerk; and PHIL LYMAN, BRUCE ADAMS, and REBECCA BENALLY, in their official capacities as San Juan County Commissioners, | |
| Defendants. | |

Plaintiffs hereby move for leave to file a brief in excess of page limitations in reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.  In their opposition to the motion, Defendants make several arguments that require in depth analysis to properly address in reply. In order to effectively respond to Defendants' rebuttal to Plaintiffs' Statement of Facts, Plaintiffs inserted the Defendants' statements to highlight the mischaracterizations and failure to provide substantive objections. In preparing their reply, even with attempts to condense and otherwise shorten their points, Plaintiffs have concluded that they will not be able to effectively argue each of their points without additional pages. In light of these considerations, Plaintiffs seek 30 additional pages for their reply brief.

DATED: September 19, 2016

RESPECTFULLY SUBMITTED:

/s/ John Mejia

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT 84103
T: (801) 521-9862
jmejia@acluutah.org
lfarrell@acluutah.org

M. Laughlin McDonald*
American Civil Liberties Union Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
T: (404) 500-1235
lmcdonald@aclu.org

Ezra D. Rosenberg*
Arusha Gordon*
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., Suite 400
Washington, D.C. 20005
T: (202) 662-8600
erosenberg@lawyerscommittee.org
agordon@lawyerscommittee.org

Maya Kane*
10 Town Square, #52
Durango, Colorado  81301
T: (970) 946-5419
mayakanelaw@gmail.com

Raymond M. Williams*
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-3300
raymond.williams@dlapiper.com

*Admitted pro hac vice

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 19th day of September, 2016, I electronically filed the

foregoing document with the U.S. District Court for the District of Utah. Notice will

automatically be electronically mailed to the following individual(s) who are registered with the

U.S. District Court CM/ECF System:

Jesse C. Trentadue (#4961)
Carl F. Huefner (#1566)
Britton R. Butterfield (#13158)
**Sᴜɪᴛᴛᴇʀ Axʟᴀɴᴅ, PLLC**
8 East Broadway, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-7300

*Attorneys for Defendants*

/s/ John Mejia