Exhibit A
Declaration of John Mejia

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

NAVAJO NATION HUMAN RIGHTS
COMMISSION; PEGGY PHILLIPS; MARK
MARYBOY; WILFRED JONES; TERRY
WHITEHAT; BETTY BILLIE FARLEY;
WILLIE SKOW; and MABEL SKOW,

                Plaintiffs,

v.

SAN JUAN COUNTY; JOHN DAVID
NIELSON, in his official capacity as San Juan
County Clerk; and PHIL LYMAN, BRUCE
ADAMS, and REBECCA BENALLY, in their
official capacities as San Juan County
Commissioners,

                Defendants.

Case No. 2:16-cv-00154 JNP

**DECLARATION OF JOHN
MEJIA IN SUPPORT OF
PLAINTIFFS' REPLY IN
SUPPORT OF THEIR MOTION
FOR PRELIMINARY
INJUNCTION**

I, JOHN MEJIA, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury

that the following is true and correct:

1.      I am an attorney at American Civil Liberties Union of Utah, co-counsel for the

Plaintiffs Navajo Nation Human Rights Commission, Peggy Phillips, Mark Maryboy, Wilfred

Jones, Terry Whitehat, Betty Billie Farley, Willie Skow, and Mabel Skow ("Plaintiffs") in this

matter. I submit this Declaration in support of the Plaintiffs' Motion for Preliminary Injunction

(the "Motion"). I have personal knowledge of the matters described herein.

2.      A true and correct copy of the U.S. Department of Justice 1983 consent decree is

attached hereto as **Exhibit 1**.

3.      On October 13, 2011, the U.S. Department of Commerce issued a notice, as

required by Section 203 of the Voting Rights Act of 1965, regarding the U.S. Census Bureau

Director's determinations as to which "political subdivisions are subject to the minority language assistance provisions of the Act. As of October 13, 2011, those jurisdictions that are listed as covered by Section 203 have a legal obligation to provide the minority language assistance prescribed by the Act." At page 63607 of the Federal Register notice, "San Juan County" and "American Indian (Navajo)" are listed as a jurisdiction and minority group, respectively, that are subject to the Voting Rights Act's minority language assistance requirements.  A true and correct copy of the Federal Register notice is attached hereto as **Exhibit 2**.

4.     On or around August 17, 2016, Defendants served their responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production of Documents. A true and correct copy of Defendants' written responses is attached hereto as **Exhibit 3**.

5.     A true and correct copy of the 2010 and 2014 Election Ballots results from San Juan County, Utah is attached hereto as **Exhibit 4**.

6.     A true and correct copy of emails produced by Defendants, as part of their production in response to Plaintiffs' First Set of Requests for Production of Documents, is attached hereto as **Exhibit 5**.

Dated: September 19, 2016

/s/ John Mejia
John Mejia
(Original Signed Copy Available on Request)

2

Exhibit 1

RECEIVED CLERK

AUG 2 1 1990

U.S. DISTRICT COURT
RECEIVED

AUG 2 4 1990

OFFICE OF CHIEF JUDGE
BRUCE S. JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. C-83-1287 |
| SAN JUAN COUNTY, UTAH, ET. AL., | ) |
| Defendants. | ) |

FIRST AMENDED SETTLEMENT AND ORDER

For the Plaintiff:
UNITED STATES OF AMERICA

For the Defendants:
SAN JUAN COUNTY, UTAH ET. AL.

JOHN R. DUNNE
Assistant Attorney General
J. GERALD HEBERT
POLI A. MARMOLEJOS
RICHARD B. JEROME
Attorneys, Voting Section
Civil Rights Division
Department of Justice
Post Office Box 66128
Washington, D.C.  20035-6128

CRAIG C. HALLS
San Juan County Attorney
Post Office Box 850
Monticello, Utah 84535

# NAVAJO LANGUAGE ELECTION INFORMATION PROGRAM

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . .    1

II.   THE REMEDIAL PROGRAM . . . . . . . . . . . . . . . .    2

    A.   County Bilingual Voting Coordinator . . . . . .    2

    B.   Chapter Election Liaisons . . . . . . . . . . .    5

    D.   Translations . . . . . . . . . . . . . . . . .    5

    E.   Dissemination of Election-Related Information . .    7

    F.   Voter Registration . . . . . . . . . . . . . .    10

    G.   Absentee Voting . . . . . . . . . . . . . . . .    12

    H.   Election Day Procedures . . . . . . . . . . . .    13

    I.   Purge Process . . . . . . . . . . . . . . . . .    15

    J.   Records . . . . . . . . . . . . . . . . . . . .    17

III.  CONSTRUCTION AND IMPLEMENTATION . . . . . . . . . .    18

IV.   RETENTION OF JURISDICTION . . . . . . . . . . . . .    19

V.    CONCLUSION . . . . . . . . . . . . . . . . . . . . .    20

## I.   INTRODUCTION

This action was initiated by the United States pursuant to Section 203 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973aa-1a, by a complaint filed on November 22, 1983.  On January 11, 1984, an Agreed Settlement and Order was entered permanently enjoining San Juan County, Utah, its officers and employees from non-compliance with the minority language requirements of the Act.  The Agreed Settlement and Order also required the county to establish a remedial bilingual election program to provide Indian citizens with an equal opportunity to participate in the electoral process in San Juan County, Utah.

After a review of the current efforts of San Juan County to comply with the Agreed Settlement and Order and with the minority language provisions of the Act, the parties have conferred and agreed to the entry of this First Amended Settlement and Order, which provides for additional measures to ensure that the election process in San Juan County is fully and effectively accessible to Indian citizens.

This Court has jurisdiction over the parties and the subject matter of this action and the required three-judge court has been convened.  This Amended Settlement and Order is final and binding between the parties and their officers, employees and successors, as to all the facts, claims and issues raised in or underlying the plaintiff's complaint.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that San Juan County, Utah, shall adopt the provisions contained herein.

## II.  THE REMEDIAL PROGRAM

A.  <u>County Bilingual Voting Coordinator</u>

1.  San Juan County shall employ one full-time bilingual voting coordinator for a period of twelve months, from February 1 of each general election year to February 1 of the succeeding year, who will coordinate the Navajo Language Election Information Program in the county.  The primary responsibility of the bilingual voting coordinator shall be, at all times, the full implementation of the provisions of this bilingual election program; however, where time permits, the bilingual voting coordinator may be assigned other responsibilities under the supervision of the county clerk.  Performance of such other responsibilities shall not interfere with the bilingual voting coordinator's duties to implement this bilingual election program.  The county shall also employ a bilingual voting coordinator from a period four months before each county-wide special election, through the month of such special election. The bilingual voting coordinator shall be bilingual in Navajo and English.  The salary for the bilingual voting coordinator shall be comparable to other county positions with similar expertise and experience required to perform the task.

2.  The county bilingual voting coordinator shall be hired by the county after consultation with Utah Navajo chapter

- 2 -

officials of San Juan County.  The chapter presidents or managers, or Navajo chapter liaisons of each Navajo chapter located in whole or in part in San Juan County (Aneth, Red Mesa, Oljato, Mexican Water, and Navajo Mountain) shall submit recommendations to the county for the position of county bilingual voting coordinator, which recommendations shall be duly considered.

3.  San Juan County shall develop a job description for the bilingual voting coordinator, in consultation with the Navajo Elections Administration (NEA) and Utah chapter officials, and the United States.

4.  The bilingual voting coordinator shall be trained by the county in all aspects of the election process and shall attend election seminars conducted by San Juan County and, where possible, training provided by the Lieutenant Governor for the State of Utah.  The bilingual voting coordinator shall be fully briefed by the county clerk concerning his or her duties and responsibilities under the original consent decree, this modification and the minority language requirements of the Voting Rights Act.  Representatives of the NEA and the United States shall be notified of the time and place of such job orientation and shall be welcome to assist in this briefing.

5.  The bilingual voting coordinator shall, under the supervision of the county clerk, oversee the county's Navajo Language Election Information Program generally and visit on a regular basis, but not less than two times prior to each

election, each Navajo chapter located in whole or in part in the county.  The bilingual voting coordinator shall visit other areas of Navajo concentration in the county, such as Halchita, Montezuma Creek and Blanding.  Voter education programs conducted during such visits shall include instruction, as appropriate, on at least the following topics:  voter registration; absentee voting procedures; voter purge; political office requirements; and general voting procedures.

6.  The bilingual voting coordinator, or other county officials, shall maintain a record of the date and purpose of each visit for election-related purposes to each Navajo chapter house, or other sites on the Navajo Indian Reservation or areas of Navajo population concentration.  After each general election, the bilingual voting coordinator shall prepare a report detailing his or her election-related activities in implementing the provisions of the Navajo Language Election Information Program.

7.  The bilingual voting coordinator shall conduct, under the supervision of the county clerk, the training of all registration agents, poll officials and other election-related personnel who will participate in the Navajo Language Election Information Program.  Each Navajo chapter manager whose chapter is in whole or in part within San Juan County shall be notified, at least two weeks before the scheduled training, of each training session and be invited to send a representative. Training sessions shall be open to the public and shall be held at locations convenient to trainees.

- 4 -

8.   The county bilingual voting coordinator shall coordinate the delivery of Navajo language election information in special elections to school districts and other governmental entities that are conducting elections in the next election process.  The county shall be authorized to seek cost contribution from those governmental entites provided language assistance by the language coordinator.

9.   San Juan County shall establish a travel budget, in accordance with county travel policy, for the bilingual voting coordinator for transportation and costs incurred in carrying out his or her duties, obligations and responsibilities to effectively implement this Navajo Language Election Information Program.

B.   <u>Chapter Election Liaisons</u>

1.   San Juan County shall request each Navajo chapter president to identify and/or appoint one individual in each Navajo chapter to serve as a chapter election liaison between the county and the Navajo chapter.

2.   Chapter election liaisons shall be provided training with other election officials including all aspects of the elections process, absentee voting, the voter registration and purge processes, candidate qualifications, election-related deadlines, election day activities, proposed constitutional amendments and other ballot propositions.

3.   Telephone inquiries from the bilingual voting coordinator, chapter election liaisons, registration agents, and

- 5 -

other tribal officials involving current election activities shall be considered official government business and telephone charges may either be reversed or accepted by the county clerk's office.  Where such telephone calls are made directly, the county will provide reimbursement for the costs of such calls.

D.   <u>Translations</u>

1.   At a minimum, the following election-related materials and announcements, if made available in English by the county and/or the State of Utah, shall be translated into the Navajo language and made available on audio tapes: state and county election notices, constitutional amendments and other referenda issues on the ballot, dates for elections, qualifications for political offices, registration deadlines, instructions relating to voting by absentee ballot, announcements respecting the voter purge, and explanations of voting procedures.  The county may substitute and/or supplement video tapes for audio tapes covering the subjects above.

2.   The county, through the bilingual voting coordinator and chapter election liaisons, shall engage in reasonable efforts to ensure that each tape is played at least at one tribal meeting of each Navajo chapter during the appropriate publicity period, and that either the bilingual voting coordinator, chapter election liaison, or other trained bilingual person is present to answer any questions concerning the subject matter of the tape.  If appropriate playing equipment is not available on the site

- 6 -

visited, the county shall provide such equipment to the bilingual voting coordinator for this purpose.

3.  Indian language audio or video tapes described in this Agreement shall be available generally to individuals and organizations at Navajo chapter houses.  Separate recordings shall be provided for each election-related subject matter so as to avoid tapes of unnecessary length.  A library of currently applicable tapes, together with English transcripts, where appropriate, shall be maintained at each Navajo chapter house.

4.  Translations shall be made by the bilingual voting coordinator, by a chapter election liaison, or by a qualified person contracted with for that purpose.  The county will use its best efforts to insure accurate translations and where necessary shall enlist additional expertise to assist with technical or complicated election-related materials.

5.  The county shall invite the participation of representatives of UDIA, Navajo chapter officials of San Juan County, and other interested parties in the translation of election materials.  To assist in the uniformity and accuracy of any translation, the county shall make available such translations to Navajo chapter officials and other interested parties, with an opportunity to review and comment concerning any matter translated.

6.  When translations are available for review more than twenty (20) working days prior to dissemination, comments on the translation of material shall be returned to the county ten (10)

- 7 -

working days prior to the first date of publication or dissemination of the information on the radio so that the county may have an opportunity to correct or remediate any deficiency. Any comments or recommendations made after that date will be considered, but might not be included in the translation.

7.   The county clerk, the bilingual voting coordinator, and the chapter election liaisons shall review election materials and recommend appropriate posters to accompany written notices respecting election matters, which the county shall develop to the extent practicable.

E.   Dissemination of Election-Related Information

1.   The county shall coordinate publicity efforts with Navajo chapter officials.  All election-related announcements, materials and information, including, but not limited to, the election calendar, state and county election proclamations, the voter information pamphlet and sample ballots, shall be made available to each Navajo chapter house and to any other entity requesting such information.

2.   Election-related announcements, materials, tapes and other election information shall be provided upon request to the public high schools in the county to familiarize students with all phases of the election process.

3.   Radio:  Radio announcements in the Navajo language shall be made on KNDN (Farmington), KTNN (Window Rock); KUTA (Blanding); KRTZ (Cortez) or other substitute stations or

- 8 -

programs that broadcast in Navajo or to an Indian audience
regarding:

a.  Deadlines for state voter registration, and
identification of registration agents and regularly available
voter registration sites in each chapter house or other
convenient locations in majority Navajo precincts.  These
announcements shall be made twice each day for the three weeks
preceding the deadlines for both state and federal election
registration for each primary, general and special election.

b.  The procedures and deadlines for becoming a candidate.
These announcements shall be made once each day for the week
preceding the opening of the candidate qualification period and
twice each day during the two weeks preceding the close of the
candidate filing period.

c.  Dates of special, primary and general elections, a
list of the offices to be elected, and the availability of
trained translators at the polls and the right of each voter who
requires assistance in casting a ballot to be assisted by a
person of her or his choice in accordance with federal law.
Announcements shall be made twice a week during at least the
three weeks prior to each of the foregoing elections.

d.  An explanation of the ballot in the Navajo language,
identifying each office to be filled and each candidate with the
candidate's political affiliation.  The tape shall also identify
briefly the nature and significance of each referendum, proposed
constitutional amendment, or ballot proposition to be decided.

Announcements shall be made twice a week for at least the three weeks prior to each primary, special or general election.

4. <u>Print Media</u>:  Election announcements detailed in paragraph E.3 shall be published on a weekly basis in the <u>Navajo Times</u> and the <u>San Juan Record</u> for the same number of weeks in which the audio media is being disseminated by the radio stations.

5. <u>Monitoring</u>:  The state and county shall monitor the effectiveness of its publicity programs on an ongoing basis through consultation with the chapter election liaisons, Navajo chapter officials and other interested citizens, to identify groups of persons who are not being reached and subject matters pertaining to elections which are not being effectively covered. Recommendations shall be considered and remedial action taken by the county as reasonably deemed appropriate and necessary.

F.   <u>Voter Registration</u>

1. The county shall supply registration forms to all registration agents in majority Navajo precincts, to the bilingual voting coordinator, chapter election liaisons, Navajo chapters and to the UNDC.

2. Registration agents in majority Navajo precincts shall be available to assist voters in completing registration forms prior to the deadline for voter registration.

3. Training for registration agents for majority Navajo election precincts shall be conducted by the county clerk and/or the bilingual voting coordinator in both English and Navajo.  In

addition to training as to registration standards, regulations and forms, registration agents shall be trained fully regarding the voter purge and absentee voting processes, standards and regulations.  Navajo language audio and/or video tapes shall be used in the training process, and copies of such materials shall be maintained as provided generally in this Agreement.

4.  The names of all registration agents available at each Navajo chapter shall be prominently posted at chapter houses and other public locations of the corresponding precinct on the reservation.

5.  The bilingual voting coordinator shall conduct, and/or assist the Navajo chapters in conducting, special voter registration drives at the Navajo chapters and in other areas of Navajo population concentration in the county.  The appropriate Navajo chapter manager, as well as the chapter election liaisons, shall be notified of the time and place for each registration drive at least two weeks prior to the scheduled registration, and the county shall undertake such other publicity as may be appropriate.

6.  The county shall provide chapter election liaisons and registration agents in majority Navajo precincts with current voter registration lists, by precinct, and shall encourage each chapter election liaison and registration agent to establish regular hours for registration at set locations on the reservation.  The time(s) and location(s) established by the chapter election liaisons and registration agents for voter

-11-

registration shall be publicized by the county at chapter meetings.

7.  Following the review of the 1990 Census and in conjunction with a redistricting of county commission districts, the county shall prepare a detailed election precinct map, which shall be provided to chapter election liaisons, registration agents in majority Navajo precincts and Navajo chapter managers. Prior to the 1990 primary elections, the county shall prepare and disseminate to the Navajo chapters and registration agents a detailed map showing the boundaries of the following election precincts: 1, 2, 3, 12, 13, 14, 16.

8.  The county shall seek to coordinate state voter registration with Navajo tribal voter registration through, _inter alia_, the use of tribal registrars in assisting voters to register for county elections.

G.    Absentee Voting

1.  The county shall supply applications for absentee ballots to all registration agents in majority Navajo precincts, to the bilingual voting coordinator, chapter election liaisons, Navajo chapter managers, as well as to the UNDC and the College of Eastern Utah.

2.  The bilingual voting coordinator shall be authorized to deliver absentee ballots to voters whose absentee ballot applications have been accepted by the county clerk, and to accept completed absentee ballots from eligible voters for delivery to the county clerk.

3.   The bilingual voting coordinator shall attend the last tribal meeting prior to each primary, general, or special election to explain the classes of persons who are eligible to cast absentee ballots.  Eligible voters may obtain absentee ballots applications at that time and voters whose absentee ballot applications have been accepted by the county clerk may cast their absentee ballots in person with the bilingual voting coordinator for delivery to the county clerk.

4.   Consistent with the practice of San Juan County, voters who anticipate being absent from their election precinct on election day shall be eligible to vote by absentee ballot.

5.   Announcements shall be made in the Navajo language regarding the availability of absentee balloting, including the standards of eligibility for absentee ballots and for voting absentee, during any tribal meeting prior to the deadline for voting by absentee and where such meetings fall in the absentee voting period.  The availability of absentee balloting also shall be made known by posting such information prominently at each Navajo chapter house and at other public sites on the reservation; by radio announcements and by publishing in the Navajo Times and San Juan Record throughout the absentee voting period.

H.   Election Day Procedures

1.   The county will have trained interpreters and poll officials bilingual in Navajo and English present at the polls on election day for each precinct in which five percent or more of

-13-

the total population is Indian.  The county shall consult with the chapter election liaisons, or other appropriate chapter officials to identify bilingual individuals qualified to work at the polls.  Alternate translators shall also be designated.

2.  Poll officials and interpreters shall be trained at locations in the county convenient to the trainees, in English and Navajo, concerning election day procedures at the polling places, the contents and issues appearing on the ballot, and voter purge procedures.  Training in translation of the ballot in Navajo may include the use of audio and/or video tapes, and such tapes shall be maintained in accordance with the terms of this Agreement.  Interpreters and poll officials shall be instructed in their training that assistance in translating ballot information shall be given in the voting booth, when the voter so requests.

3.  Poll officials shall advise each voter who requires assistance in casting a ballot that the voter may choose any person to provide that assistance inside the voting booth, with the exceptions provided in Section 208 of the Voting Rights Act, 42 U.S.C. 1973aa-6.

4.  Poll officials or other designated county officials shall maintain a record of all persons who are not allowed to vote.  The official shall seek to obtain each such voter's name, address, tribal census number, the reason the person thought she or he was eligible to vote and the reason for not permitting the person to vote.

-14-

5.   A list of the persons not permitted to vote shall be provided to the bilingual voting coordinator and chapter election liaisons, and the county shall provide an opportunity to such persons on the list to register to vote, if qualified, at the earliest possible time.

6.   The state and county shall cooperate with the NEA so that the polling places used for tribal and state elections are in the same building or in close proximity.

I.   <u>Purge Process</u>

1.   On or before February 15 after each general election, the county clerk shall prepare a list, by precinct, of all persons identified for purging from the voting list for failure to vote, and such lists for the respective Indian precincts shall be provided to the bilingual voting coordinator, registration agents, chapter election liaisons and other tribal officials on the reservation.   The county shall urge such persons to contact individuals on said lists to notify them of the fact of the purge and the procedures for re-registering.

2.   Updated lists, as necessary, of persons who have failed to re-register shall be provided to each chapter election liaison.   The bilingual voting coordinator shall monitor these lists and direct special publicity in precincts where a significant number of persons identified for purging remain on the list.

3.   The county shall inform voters of the purge, re-identification and re-registration process through radio

-15-

announcements in Navajo during the purge period over KTNN, KNDN, KUTA and KRTZ, and/or other available radio stations which broadcast in an Indian language or to an Indian audience; through notices in the Navajo Times and San Juan Record; by Navajo language announcements at tribal meetings during the purge period; and by posting such information prominently at each Navajo chapter house and at other public places in majority Navajo precincts.

4.  Navajo language audio tapes concerning the purge process shall be made available in the tape libraries in each chapter house.  These shall include a description of the purge process, an explanation as to why individuals are listed on the purge printout, the meaning of the mailed purge notices, and explanations as to how to avoid being purged and how to re-register if the purge already has occurred.  Navajo language tapes containing this information shall be played during the purge period at separate tribal meetings of each Navajo chapter situated in whole or in part in San Juan County, and the bilingual voting coordinator or county official shall be present, at a minimum, at the first meeting when the tapes are played in order to answer any questions.  Thereafter, the chapter election liaison or other trained bilingual personnel may be present when the tapes are played in order to answer any questions.

5.  Prior to the close of registration following the purge process, the bilingual voting coordinator, with assistance from the chapter election liaisons or other appropriate tribal

-16-

officials, shall ascertain which voters on the list still maintain a residence as shown on their affidavit of registration, and upon making such determination, shall take all reasonable efforts to provide such persons an opportunity to re-register to vote.

6. At the close of the purge period, the county shall review the printout of purged voters with the chapter election liaisons and other tribal officers for each majority Navajo precinct and, to the extent that there is a high percentage of Indian voters purged as compared to non-Indian voters, the county shall consult with tribal officials and chapter election liaisons to ascertain what further action, if any, to take to correct such situation.

J. <u>Records</u>

1. In addition to copies of tapes and other materials or records mentioned in this Agreement, the defendants shall maintain statistical records including but not limited to:

a. <u>Voter Registration</u>
   --Voter registration for each precinct on a quarterly basis.
   --Number of voters, by precinct, who are registered at voter registration drives conducted pursuant to this Agreement.

b. <u>Voter Purge</u>
   --Total number of voters purged, by precinct, for failure to vote.
   --Total number of voters re-registered by the bilingual voting coordinator.
   --Total number of voters, by precinct, reinstated by returning pre-paid post cards or re-registered by other means during the purge period.

c. <u>Absentee Voting</u>
--Total number of mail requests for absentee ballots and
   number of absentee votes cast per precinct pursuant
   to mail requests.
--Total number of absentee ballots cast, per precinct,
   in person at the county courthouse.
--Total number of absentee ballots delivered to
   voters by the bilingual voting coordinator and accepted
   from voters for delivery to the county clerk.

d. <u>Publicity</u>
--County will provide or keep a copy of the affidavit given
   by the newspaper or radio station with their indication of
   the times that an election announcement was played or
   published.
--County will keep the time, place and occasion of each
   instance in which each election-related audio tape was
   played by bilingual election coordinator.

These data shall be maintained on a current basis at the
county clerk's office and all records shall be available for
public inspection upon request.

2.  By April 1 following each general election, the county
shall compile a report of the efforts taken pursuant to this
Agreement during the preceding (12) months.  The report shall
include the status of Navajo voter participation as shown by
statistics in each area addressed in this Agreement and a
recommendation of the steps to be taken, if any, to improve
Navajo voter participation.  Copies of the report shall be
provided to the United States.  This report shall be of public
record and available on request.

### III.  CONSTRUCTION AND IMPLEMENTATION

1.  It is the goal of San Juan County to ensure that the
entire election process is fully and effectively accessible to
Indian citizens, and the procedures set forth above are designed
to achieve that goal.  In the event that the procedures set forth

in this Agreement fall short of the goal of full and effective access, the county agrees to take such additional steps as may be necessary to improve the effectiveness of this program.

2.   If the county seeks to eliminate or modify discrete aspects of this Agreement, the county shall notify the United States and chapter election liaisons in writing of any such proposal, 30 days prior to undertaking such changes.   If the United States objects to the proposed change(s), the parties shall meet in a good faith effort to resolve their differences concerning the proposed modification.   The county may modify aspects of the Navajo Language Election Information Program that, based on experience, prove to be ineffective, after the parties have conferred in good faith to resolve their differences with respect to such aspects of the program.   Any modifications made to the Navajo Language Election Information Program pursuant to this section shall be filed with the Court.

### IV.   RETENTION OF JURISDICTION

1.   This Court shall retain jurisdiction to enter such further relief or other orders as may be necessary to effectuate the terms of this Agreement.

2.   The United States agrees for a period of four (4) years not to seek any further additional relief with respect to the Navajo Election Information Program prescribed herein for San Juan County, Utah.   It is contemplated by the parties that this four year period will be used by defendants to implement fully the bilingual election program set out in the original consent

-19-

decree and this amendment and to make adjustments to that program as necessary in accordance with the provisions for modification. At the end of such four year period, the county shall provide the United States with a final report summarizing the steps taken to fully implement this Agreement over the preceding four years. The United States will have one hundred eighty (180) days from the end of such four year period in which to move the Court for such additional relief as may be necessary to remedy any failure to fully implement this Agreement.  Absent such a motion by the United States, this decree will then be terminated and the case will be dismissed without prejudice.  Additionally, after such initial four year period, dismissal may be obtained upon motion of the county defendants which, if the county defendants have fully and faithfully implemented all provisions of the Native American Election Information Program during the period set forth herein, will be unopposed.  Such dismissal shall be without prejudice and the Court's jurisdiction as to the county defendants shall be terminated at that date.

If the provisions of Section 203 of the Voting Rights Act, 42 U.S.C. 1973aa-1, expire by reason of congressional inaction or repeal or the Director of the Census determines that, based upon 1990 Census information, San Juan County is no longer subject to the minority language requirements of Section 203 for the Navajo speaking American Indians of San Juan County, the county defendants may move the Court for modification of this Agreement.

-20-

3.   All provisions of the original Agreed Settlement and Order not inconsistent herewith are hereby approved and ratified by this three-judge court.

## V.   CONCLUSION

This Agreement represents the commitment of all of the parties to provide equal voting rights to all citizens of San Juan County, Utah.   While the procedures contained herein are intended to comprise full relief in this case, the parties recognize that regular and ongoing reassessment of the above outlined Navajo language election program by the responsible officials will be necessary in order to insure that Indian voters are able to and continue to be able to enjoy equal access to all phases of the political process.

This _11th_ day of _October_, 1990.

_____
UNITED STATES CIRCUIT JUDGE

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

Copies mailed to counsel 10/12/90: mw
John R. Dunne, Esq./Richard B. Jerome, Esq.
Craig C. Halls, Esq.

Approved as to form and content:

For the Plaintiff:
UNITED STATES OF AMERICA


*(signature)*

JOHN R. DUNNE
Assistant Attorney General
J. GERALD HEBERT
POLI A. MARMOLEJOS
RICHARD B. JEROME
Attorneys, Voting Section
Civil Rights Division
Department of Justice
Post Office Box 66128
Washington, D.C.   20035-6128
(202) 514-6343


For the Defendants:
SAN JUAN COUNTY, ET. AL.


*(signature)*

CRAIG C. HALLS
San Juan County Attorney
Post Office Box 850
Monticello, Utah 84535
(801) 587-2128

Exhibit 2

# DEPARTMENT OF COMMERCE

## Bureau of the Census

[Docket Number 110921596–1557–01]

### Voting Rights Act Amendments of 2006, Determinations Under Section 203

**AGENCY:** Bureau of the Census, Department of Commerce.

**ACTION:** Notice of determination.

**SUMMARY:** As required by Section 203 of the Voting Rights Act of 1965, as amended, this notice publishes the Bureau of the Census (Census Bureau) Director's determinations as to which political subdivisions are subject to the minority language assistance provisions of the Act. As of this date, those jurisdictions that are listed as covered by Section 203 have a legal obligation to provide the minority language assistance prescribed by the Act.

**DATES:** *Effective Date:* This notice is effective on October 13, 2011.

**FOR FURTHER INFORMATION CONTACT:** For information regarding this notice, please contact Ms. Catherine M. McCully, Chief, Census Redistricting Data Office, Bureau of the Census, United States Department of Commerce, Room DIR 8H019, 4600 Silver Hill Rd, Washington DC 20233, by telephone at 301–763–4039, or visit the Redistricting Data Office Internet site at *http://www.census.gov/rdo/.*

For information regarding the applicable provisions of the Act, please contact T. Christian Herren, Jr., Chief, Voting Section, Civil Rights Division, United States Department of Justice, Room 7254–NWB, 950 Pennsylvania Avenue, NW., Washington, DC 20530, by telephone at (800) 253–3931 or visit the Voting Section Internet site at *http://www.justice.gov/crt/about/vot/.*

**SUPPLEMENTARY INFORMATION:** In July 2006, Congress amended the Voting Rights Act of 1965, Title 42, United States Code (U.S.C.), 1973 *et seq.* (See Pub. L. 109–246, 120 Stat. 577 (2006)).

Among other changes, the sunset date for minority language assistance provisions set forth in Section 203 of the Act was extended to August 5, 2032.

Section 203 mandates that a state or political subdivision must provide language assistance to voters if more than five (5) percent of voting age citizens are members of a single-language minority group and do not ''speak or understand English adequately enough to participate in the electoral process'' and if the rate of those citizens who have not completed the fifth grade is higher than the national rate of voting age citizens who have not completed the fifth grade. When a state is covered for a particular language minority group, an exception is made for any political subdivision in which less than five (5) percent of the voting age citizens are members of the minority group and are limited in English proficiency, unless the political subdivision is covered independently. A political subdivision is also covered if more than 10,000 of the voting age citizens are members of a single-language minority group, do not ''speak or understand English adequately enough to participate in the electoral process,'' and the rate of those citizens who have not completed the fifth grade is higher than the national rate of voting age citizens who have not completed the fifth grade.

Finally, if more than five (5) percent of the American Indian or Alaska Native voting age citizens residing within an American Indian Reservations (and off-reservation trust lands) are members of a single language minority group, do not ''speak or understand English adequately enough to participate in the electoral process,'' and the rate of those citizens who have not completed the fifth grade is higher than the national rate of voting age citizens who have not completed the fifth grade, any political subdivision, such as a county, which contains all or any part of that Indian reservation, is covered by the minority language assistance provision set forth in Section 203. An American Indian Reservation is defined as any area that is an American Indian or Alaska Native area identified for purposes of the decennial census. For the 2010 Census, these areas were identified by the federally recognized tribal governments, Bureau of Indian Affairs, and state governments. The Census Bureau worked with American Indian tribes and Alaska Natives to identify statistical areas, such as Oklahoma Tribal Statistical Areas (OTSA), State Designated Tribal Statistical Areas (SDTSA), and Alaska Native Village Statistical Areas (ANVSA).

Pursuant to Section 203, the Census Bureau Director has the responsibility to determine which states and political subdivisions are subject to the minority language assistance provisions of Section 203. The state and political subdivisions obligated to comply with the requirements are listed in the attachment to this Notice.

Section 203 also provides that the ''determinations of the Director of the Census under this subsection shall be effective upon publication in the **Federal Register** and shall not be subject to review in any court.'' Therefore, as of this date, those jurisdictions that are listed as covered by Section 203 have legal obligation to provide the minority language assistance prescribed in Section 203 of the Act. In the cases, where a state is covered, those counties or county equivalents not displayed in the attachment are exempt from the obligation. Those jurisdictions subject to Section 203 of the Act previously, but not included on the list below, are no longer obligated to comply with Section 203. The previous determinations under Section 4(f)(4) of the Voting Rights Act remain in effect and are unaffected by this determination. (See Title 28, Code of Federal Regulations, part 55, Appendix (2010)).

Dated: October 5, 2011.

**Robert M. Groves,**

*Director, Bureau of the Census.*

## COVERED AREAS FOR VOTING RIGHTS BILINGUAL ELECTION MATERIALS—2010

| State and political subdivision | Language minority group |
|---|---|
| Alaska: | |
| Aleutians East Borough | Asian (Filipino). |
| Aleutians East Borough | Hispanic. |
| Aleutians West Census Area | Asian (Filipino). |
| Bethel Census Area | Alaska Native (Inupiat). |
| Bethel Census Area | Alaska Native (Yup'ik). |
| Dillingham Census Area | Alaska Native (Yup'ik). |
| Nome Census Area | Alaska Native (Inupiat). |
| Nome Census Area | Alaska Native (Yup'ik). |
| North Slope Borough | Alaska Native Tribe—Tribe not Specified. |
| North Slope Borough | Alaska Native (Inupiat). |

COVERED AREAS FOR VOTING RIGHTS BILINGUAL ELECTION MATERIALS—2010—Continued

| State and political subdivision | Language minority group |
|---|---|
| Northwest Arctic Borough | Alaska Native (Inupiat). |
| Wade Hampton Census Area | Alaska Native (Inupiat). |
| Wade Hampton Census Area | Alaska Native (Yup'ik). |
| Yukon-Koyukuk Census Area | Alaska Native (Alaskan Athabascan). |
| Arizona: | |
| Apache County | American Indian (Navajo). |
| Apache County | American Indian (Pueblo). |
| Coconino County | American Indian (Hopi). |
| Coconino County | American Indian (Navajo). |
| Coconino County | American Indian (Yuma). |
| Maricopa County | American Indian (Tohono O'Odham). |
| Maricopa County | Hispanic. |
| Mohave County | American Indian (Yuma). |
| Navajo County | American Indian (Hopi). |
| Navajo County | American Indian (Navajo). |
| Pima County | American Indian (Tohono O'Odham). |
| Pima County | American Indian (Yaqui). |
| Pima County | Hispanic. |
| Pinal County | American Indian (Tohono O'Odham). |
| Santa Cruz County | Hispanic. |
| Yavapai County | American Indian (Yuma). |
| Yuma County | American Indian (Yuma). |
| Yuma County | Hispanic. |
| California: | |
| State Coverage | Hispanic. |
| Alameda County | Asian (Chinese). |
| Alameda County | Asian (Filipino). |
| Alameda County | Hispanic. |
| Alameda County | Asian (Vietnamese). |
| Colusa County | Hispanic. |
| Contra Costa County | Hispanic. |
| Fresno County | Hispanic. |
| Glenn County | Hispanic. |
| Imperial County | Hispanic. |
| Kern County | Hispanic. |
| Kings County | Hispanic. |
| Los Angeles County | Asian (Asian Indian). |
| Los Angeles County | Asian (Chinese). |
| Los Angeles County | Asian (Filipino). |
| Los Angeles County | Hispanic. |
| Los Angeles County | Asian (Japanese). |
| Los Angeles County | Asian (Korean). |
| Los Angeles County | Asian (Other Asian—Not specified). |
| Los Angeles County | Asian (Vietnamese). |
| Madera County | Hispanic. |
| Merced County | Hispanic. |
| Monterey County | Hispanic. |
| Napa County | Hispanic. |
| Orange County | Asian (Chinese). |
| Orange County | Hispanic. |
| Orange County | Asian (Korean). |
| Orange County | Asian (Vietnamese). |
| Riverside County | Hispanic. |
| Sacramento County | Asian (Chinese). |
| Sacramento County | Hispanic. |
| San Benito County | Hispanic. |
| San Bernardino County | Hispanic. |
| San Diego County | Asian (Chinese). |
| San Diego County | Asian (Filipino). |
| San Diego County | Hispanic. |
| San Diego County | Asian (Vietnamese). |
| San Francisco County | Asian (Chinese). |
| San Francisco County | Hispanic. |
| San Joaquin County | Hispanic. |
| San Mateo County | Asian (Chinese). |
| San Mateo County | Hispanic. |
| Santa Barbara County | Hispanic. |
| Santa Clara County | Asian (Chinese). |
| Santa Clara County | Asian (Filipino). |
| Santa Clara County | Hispanic. |
| Santa Clara County | Asian (Vietnamese). |
| Stanislaus County | Hispanic. |

COVERED AREAS FOR VOTING RIGHTS BILINGUAL ELECTION MATERIALS—2010—Continued

| State and political subdivision | Language minority group |
|---|---|
| Tulare County | Hispanic. |
| Ventura County | Hispanic. |
| Colorado: | |
| Costilla County | Hispanic. |
| Denver County | Hispanic. |
| Rio Grande County | Hispanic. |
| Connecticut: | |
| Bridgeport town | Hispanic. |
| East Hartford town | Hispanic. |
| Hartford town | Hispanic. |
| Meriden town | Hispanic. |
| New Britain town | Hispanic. |
| New Haven town | Hispanic. |
| New London town | Hispanic. |
| Waterbury town | Hispanic. |
| Windham town | Hispanic. |
| Florida: | |
| State Coverage | Hispanic. |
| Broward County | Hispanic. |
| Hardee County | Hispanic. |
| Hendry County | Hispanic. |
| Hillsborough County | Hispanic. |
| Lee County | Hispanic. |
| Miami-Dade County | Hispanic. |
| Orange County | Hispanic. |
| Osceola County | Hispanic. |
| Palm Beach County | Hispanic. |
| Polk County | Hispanic. |
| Hawaii: | |
| Honolulu County | Asian (Chinese). |
| Honolulu County | Asian (Filipino). |
| Honolulu County | Asian (Japanese). |
| Maui County | Asian (Filipino). |
| Illinois: | |
| Cook County | Asian (Asian Indian). |
| Cook County | Asian (Chinese). |
| Cook County | Hispanic. |
| DuPage County | Hispanic. |
| Kane County | Hispanic. |
| Lake County | Hispanic. |
| Kansas: | |
| Finney County | Hispanic. |
| Ford County | Hispanic. |
| Grant County | Hispanic. |
| Seward County | Hispanic. |
| Maryland: | |
| Montgomery County | Hispanic. |
| Massachusetts: | |
| Boston city | Hispanic. |
| Chelsea city | Hispanic. |
| Fitchburg city | Hispanic. |
| Holyoke city | Hispanic. |
| Lawrence city | Hispanic. |
| Lowell city | Hispanic. |
| Lynn city | Hispanic. |
| Quincy city | Asian (Chinese). |
| Revere city | Hispanic. |
| Southbridge town | Hispanic. |
| Springfield city | Hispanic. |
| Worcester city | Hispanic. |
| Michigan: | |
| Clyde township [1] | Hispanic. |
| Hamtramck city | Asian (Bangladeshi). |
| Hartford city | Hispanic. |
| Mississippi: | |
| Attala County | American Indian (Choctaw). |
| Jackson County | American Indian (Choctaw). |
| Jones County | American Indian (Choctaw). |
| Kemper County | American Indian (Choctaw). |
| Leake County | American Indian (Choctaw). |
| Neshoba County | American Indian (Choctaw). |
| Newton County | American Indian (Choctaw). |

**Federal Register**/Vol. 76, No. 198/Thursday, October 13, 2011/Notices   **63605**

COVERED AREAS FOR VOTING RIGHTS BILINGUAL ELECTION MATERIALS—2010—Continued

| State and political subdivision | Language minority group |
|---|---|
| Noxubee County | American Indian (Choctaw). |
| Scott County | American Indian (Choctaw). |
| Winston County | American Indian (Choctaw). |
| Nebraska: | |
| Colfax County | Hispanic. |
| Dakota County | Hispanic. |
| Dawson County | Hispanic. |
| Nevada: | |
| Clark County | Asian (Filipino). |
| Clark County | Hispanic. |
| New Jersey: | |
| Bergen County | Hispanic. |
| Bergen County | Asian (Korean). |
| Camden County | Hispanic. |
| Cumberland County | Hispanic. |
| Essex County | Hispanic. |
| Hudson County | Hispanic. |
| Middlesex County | Hispanic. |
| Passaic County | Hispanic. |
| Union County | Hispanic. |
| New Mexico: | |
| Bernalillo County | American Indian (Navajo). |
| Bernalillo County | American Indian (Pueblo). |
| Bernalillo County | Hispanic. |
| Catron County | American Indian (Pueblo). |
| Chaves County | Hispanic. |
| Cibola County | American Indian (Navajo). |
| Cibola County | American Indian (Pueblo). |
| Doña Ana County | Hispanic. |
| Eddy County | Hispanic. |
| Grant County | Hispanic. |
| Guadalupe County | Hispanic. |
| Harding County | Hispanic. |
| Hidalgo County | Hispanic. |
| Lea County | Hispanic. |
| Luna County | Hispanic. |
| McKinley County | American Indian (Navajo). |
| McKinley County | American Indian (Pueblo). |
| Mora County | Hispanic. |
| Rio Arriba County | American Indian (Navajo). |
| Rio Arriba County | Hispanic. |
| San Juan County | American Indian (Navajo). |
| San Miguel County | Hispanic. |
| Sandoval County | American Indian (Navajo). |
| Sandoval County | American Indian (Pueblo). |
| Santa Fe County | American Indian (Pueblo). |
| Socorro County | American Indian (Navajo). |
| Socorro County | American Indian (Pueblo). |
| Socorro County | Hispanic. |
| Taos County | Hispanic. |
| Valencia County | American Indian (Pueblo). |
| Valencia County | Hispanic. |
| New York: | |
| Bronx County | Hispanic. |
| Kings County | Asian (Chinese). |
| Kings County | Hispanic. |
| Nassau County | Hispanic. |
| New York County | Asian (Chinese). |
| New York County | Hispanic. |
| Queens County | Asian (Asian Indian). |
| Queens County | Asian (Chinese). |
| Queens County | Hispanic. |
| Queens County | Asian (Korean). |
| Suffolk County | Hispanic. |
| Westchester County | Hispanic. |
| Pennsylvania: | |
| Berks County | Hispanic. |
| Lehigh County | Hispanic. |
| Philadelphia County | Hispanic. |
| Rhode Island: | |
| Central Falls city | Hispanic. |
| Pawtucket city | Hispanic. |

COVERED AREAS FOR VOTING RIGHTS BILINGUAL ELECTION MATERIALS—2010—Continued

| State and political subdivision | Language minority group |
|---|---|
| Providence city | Hispanic. |
| Texas: | |
| State Coverage | Hispanic. |
| Andrews County | Hispanic. |
| Atascosa County | Hispanic. |
| Bailey County | Hispanic. |
| Bee County | Hispanic. |
| Bexar County | Hispanic. |
| Brewster County | Hispanic. |
| Brooks County | Hispanic. |
| Caldwell County | Hispanic. |
| Calhoun County | Hispanic. |
| Cameron County | Hispanic. |
| Castro County | Hispanic. |
| Cochran County | Hispanic. |
| Concho County | Hispanic. |
| Crane County | Hispanic. |
| Crockett County | Hispanic. |
| Crosby County | Hispanic. |
| Culberson County | Hispanic. |
| Dallas County | Hispanic. |
| Dawson County | Hispanic. |
| Deaf Smith County | Hispanic. |
| Dimmit County | Hispanic. |
| Duval County | Hispanic. |
| Ector County | Hispanic. |
| Edwards County | Hispanic. |
| El Paso County | American Indian (Pueblo). |
| El Paso County | Hispanic. |
| Floyd County | Hispanic. |
| Fort Bend County | Hispanic. |
| Frio County | Hispanic. |
| Gaines County | Hispanic. |
| Garza County | Hispanic. |
| Glasscock County | Hispanic. |
| Gonzales County | Hispanic. |
| Guadalupe County | Hispanic. |
| Hale County | Hispanic. |
| Hansford County | Hispanic. |
| Harris County | Asian (Chinese). |
| Harris County | Hispanic. |
| Harris County | Asian (Vietnamese). |
| Hidalgo County | Hispanic. |
| Hockley County | Hispanic. |
| Hudspeth County | Hispanic. |
| Jim Hogg County | Hispanic. |
| Jim Wells County | Hispanic. |
| Karnes County | Hispanic. |
| Kenedy County | Hispanic. |
| Kinney County | Hispanic. |
| Kleberg County | Hispanic. |
| La Salle County | Hispanic. |
| Lamb County | Hispanic. |
| Live Oak County | Hispanic. |
| Lynn County | Hispanic. |
| Martin County | Hispanic. |
| Maverick County | American Indian (Kickapoo). |
| Maverick County | Hispanic. |
| Medina County | Hispanic. |
| Midland County | Hispanic. |
| Mitchell County | Hispanic. |
| Moore County | Hispanic. |
| Nolan County | Hispanic. |
| Nueces County | Hispanic. |
| Ochiltree County | Hispanic. |
| Parmer County | Hispanic. |
| Pecos County | Hispanic. |
| Presidio County | Hispanic. |
| Reagan County | Hispanic. |
| Reeves County | Hispanic. |
| Refugio County | Hispanic. |
| Runnels County | Hispanic. |

COVERED AREAS FOR VOTING RIGHTS BILINGUAL ELECTION MATERIALS—2010—Continued

| State and political subdivision | Language minority group |
|---|---|
| San Patricio County | Hispanic. |
| San Saba County | Hispanic. |
| Schleicher County | Hispanic. |
| Scurry County | Hispanic. |
| Sherman County | Hispanic. |
| Starr County | Hispanic. |
| Sutton County | Hispanic. |
| Swisher County | Hispanic. |
| Tarrant County | Hispanic. |
| Terrell County | Hispanic. |
| Terry County | Hispanic. |
| Titus County | Hispanic. |
| Travis County | Hispanic. |
| Upton County | Hispanic. |
| Uvalde County | Hispanic. |
| Val Verde County | Hispanic. |
| Ward County | Hispanic. |
| Webb County | Hispanic. |
| Willacy County | Hispanic. |
| Wilson County | Hispanic. |
| Winkler County | Hispanic. |
| Yoakum County | Hispanic. |
| Zapata County | Hispanic. |
| Zavala County | Hispanic. |
| Utah: | |
| Salt Lake County | Hispanic. |
| San Juan County | American Indian (Navajo). |
| Virginia: | |
| Fairfax County | Hispanic. |
| Washington: | |
| Adams County | Hispanic. |
| Franklin County | Hispanic. |
| King County | Asian (Chinese). |
| King County | Asian (Vietnamese). |
| Yakima County | Hispanic. |
| Wisconsin: | |
| Milwaukee City | Hispanic. |

[1] Clyde Township in Allegan County.

[FR Doc. 2011–26293 Filed 10–12–11; 8:45 am]

BILLING CODE 3510–07–P

# DEPARTMENT OF COMMERCE

## Bureau of Industry and Security

## Sensors and Instrumentation Technical Advisory Committee; Notice of Partially Closed Meeting

The Sensors and Instrumentation Technical Advisory Committee (SITAC) will meet on October 25, 2011, 9:30 a.m., in the Herbert C. Hoover Building, Room 3884, 14th Street between Constitution and Pennsylvania Avenues, NW., Washington, DC. The Committee advises the Office of the Assistant Secretary for Export Administration on technical questions that affect the level of export controls applicable to sensors and instrumentation equipment and technology.

**Agenda**

*Public Session*

1. Welcome and Introductions.
2. Remarks from the Bureau of Industry and Security Management.
3. Industry Presentations.
4. New Business.

*Closed Session*

5. Discussion of matters determined to be exempt from the provisions relating to public meetings found in 5 U.S.C. app. 2 §§ 10(a)(1) and 10(a)(3).

The open session will be accessible via teleconference to 20 participants on a first come, first served basis. To join the conference, submit inquiries to Ms. Yvette Springer at *Yvette.Springer@bis.doc.gov* no later than October 18, 2011.

A limited number of seats will be available during the public session of the meeting. Reservations are not accepted. To the extent that time permits, members of the public may present oral statements to the Committee. The public may submit written statements at any time before or after the meeting. However, to facilitate distribution of public presentation materials to the Committee members, the Committee suggests that the materials be forwarded before the meeting to Ms. Springer.

The Assistant Secretary for Administration, with the concurrence of the General Counsel, formally determined on September 27, 2011 pursuant to Section 10(d) of the Federal Advisory Committee Act, as amended (5 U.S.C. app. 2 § 10(d), that the portion of this meeting dealing with pre-decisional changes to the Commerce Control List and U.S. export control policies shall be exempt from the provisions relating to public meetings found in 5 U.S.C. app. 2 §§ 10(a)(1) and 10(a)(3). The remaining portions of the meeting will be open to the public.

For more information contact Yvette Springer on (202) 482–2813.

Exhibit 3

Jesse C. Trentadue (#4961)
Carl F. Huefner (#1566)
Britton R. Butterfield (#13158)
SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, UT  84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355
E-Mail: jesse32@sautah.com
E-Mail: chuefner@sautah.com
E-Mail: bbutterfield@sautah.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW, <br><br> Plaintiffs, <br><br> v. <br><br> SAN JUAN COUNTY; JOHN DAVID NIELSON, in his official capacity as San Juan County Clerk; and PHIL LYMAN, BRUCE ADAMS, and REBECCA BENALLY, in their official capacities as San Juan County Commissioners, <br><br> Defendants. | : : : : : : : : : : : : : : : : : : : | **DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS** <br><br><br> Case No. 2:16-cv-00154 JNP <br><br> Judge Jill N. Parrish <br><br><br> Magistrate Judge Brooke C. Wells |

| | |
|---|---|
| SAN JUAN COUNTY; JOHN DAVID NIELSON; PHIL LYMAN, BRUCE ADAMS; and REBECCA BENALLY | : |
| | : |
| | : |
| Counterclaim Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW, | : |
| | : |
| Counterclaim Defendants. | : |
| | : |

COMES NOW Defendants and Counterclaim Plaintiffs San Juan County, Utah; John David Nielson; Phil Lyman; Bruce Adams; and Rebecca Benally (collectively "San Juan County"), by and through counsel, and answers and objects to *Plaintiffs' First Set of Interrogatories* and *Plaintiffs; First Set of Requests for Production to Defendants* (collectively "Requests") as follows:

## GENERAL OBJECTIONS

1.    San Juan County objects to the Requests to the extent that they purport to impose obligations and require procedures beyond those set forth in the *Federal Rules of Civil Procedure* and *Local Rules*.

2.    San Juan County objects to the *Requests* to the extent that they purport to require the production of information protected by the attorney-client privilege, the work-

2

product doctrine, the common interest privilege, or any other applicable privilege, statute, law or rule.  San Juan hereby claim such privileges and protections to the extent implicated by the *Requests* and excludes privileged information from their responses. Any disclosure of such protected or privileged information is inadvertent and not intended to waive those privileges or protections.

3.      San Juan County objects to the *Requests* to the extent that they purport to require the disclosure of information not presently within the possession, custody or control of San Juan.

4.      San Juan County objects to the *Requests* insofar as they seek information subject to a confidentiality obligation owed to a non-party to this case.

5.      In making these objections, San Juan County does not in any way waive or intend to waive, but rather preserves and intends to preserve:

   a.      all rights to object on any ground to the competency, relevancy, materiality and admissibility of any information or document that may be provided in response to the *Requests* or the subject matter thereof; and

   b.      all rights to object on any ground to the use of any information or document that may be provided in response to the *Requests* or the subject matter thereof, in any subsequent proceeding, including the

3

trial of this or any other action; and

    c.    all rights to object on any ground to any request for further responses to this or any other discovery request; and

    d.    all rights to object on any ground to any definition contained in Plaintiffs' *Discovery Requests* or any instruction followed in compliance therewith.

6.    San Juan County reserves the right to make any use of, or to introduce at any hearing and at trial, documents or information responsive to the *Requests* but discovered subsequent to the date of San Juan County's responses and initial production, including, but not limited to, any information obtained during discovery.

7.    San Juan County's discovery and investigation of the facts relevant to this case are ongoing and San Juan County's responses to the *Requests* are made to the best of its present knowledge, information and belief.  San Juan County reserves the right to amend and/or supplement its responses, which are subject to such additional or different information as discovery or further investigation may disclose.

8.    Unless otherwise stated herein, San Juan County objects to the *Requests* as overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence and as seeking information irrelevant to the claims and defenses in this action.

9.     All of the General Objections set forth herein are incorporated into each of the individual responses set forth below and have the same force and effect as if fully set forth therein.

## RESPONSES TO INTERROGATORIES

**Interrogatory No. 1:** Identify each person who has knowledge or information concerning any of the claims, events, facts, or circumstances alleged or referred to in the Complaint and Amended Counterclaim, whether or not you intent to call them as witnesses.

**RESPONSE NO. 1:** San Juan County identifies that following parties that have knowledge or information: John David Nielson, Phil Lyman, Bruce Adams, Rebecca Benally, Leonard Gorman, Mark Maryboy, Peggy Phillips, Wilfred Jones, Terry Whitehat, Betty Billie Farley, Willie Scow, and Mabel Scow.  In addition, San Juan County identifies the following San Juan County officials who also have knowledge or information, each of whom may be contacted through Defendants' Counsel: James Francom, Edward Tapaha, Norman Johnson.   Furthermore, San Juan County identifies the following individuals in the Navajo Nation Election Administration (for which the address is P.O. Box 3449, Window Rock, Arizona 86515 and the toll-free phone number is (800) 775-8683), who may have information and knowledge: Edison Wauneka and Kimmeth Yazzie. San Juan County does not have personal addresses or telephone

numbers for the Navajo Nation Election Administration personnel.  San Juan County

reserves the right to supplement its response to this interrogatory.

**Interrogatory No. 2:** State the dates of any elections occurring in San Juan

County in 2016 and 2017 and the dates, hours and location of any voting sites which will

be open for those elections.

**RESPONSE NO. 2:** The 2016 primary election (which was County-wide in San

Juan County) was held Tuesday, June 28, 2016, and polls were open from 7:00 a.m. to

8:00 p.m.  The 2016 general election will be held Tuesday, November 8, 2016, and polls

will be open.  In-person voting locations were open at the following locations for the

2016 primary election and will be open for the 2016 general election:

> San Juan County Clerk's Office
> 117 South Main
> Monticello, Utah 84535
>
> Navajo Mountain Chapter House
> Navajo Route 16, mile marker 36.15
> Navajo Mountain, Utah
>
> Oljato Senior Center
> County Road 422, 15 miles north of Gouldings' Store
> Oljato, Utah
>
> Montezuma Creek Fire Station
> 15 South Texaco Road
> Montezuma Creek, Utah 84543

There will be no County or State Elections for 2017, although there may be

municipal elections.  Whether any municipalities may request the County's assistance in administering any such elections have not yet been determined.

San Juan County reserves the right to supplement the response to this interrogatory.

**Interrogatory No. 3:** State the name and address of each Navajo-speaking staff member who has been hired and trained to provide Navajo-speaking voters with assistance at the polling locations or via other means, including telephone or other means from 2012 through all elections in 2016.

**RESPONSE NO. 3:**

For 2016:

Marietta Stevens
5 Miles NE of Navajo Mountain Chapter House
Tonalea, AZ 86044

Edythe Tahe
1 1/4 Miles South of Oljato Chapter House
Oljato, UT  84536

Edward Tapaha
Southwest of Red Mesa Chapter House, 5th House (red)
Red Mesa, UT 84534

Ella Greyeyes
4 Miles South of Navajo Mtn Chapter Hse, Hse #1
Tonalea, AZ 86044

Fermina Keith
280 S 200 E
Monticello, UT 84535
435.587.2894

For 2014:

Edward Tapaha
Southwest of Red Mesa Chapter House, 5th House (red)
Red Mesa, UT 84534

For 2012:

Ruth Y. Johnson
Elkhorn Camp House #32
Montezuma Creek, UT 84534
435.444.0362

Yvonne Johnson
Elkhorn Camp House #32
Montezuma Creek, UT 84534
435.444.0362

Alyssia Palmer
2 Miles North of Red Mesa Chapter Hse
Red Mesa, UT 84534
435.419.0415

Carol Tallis
469 County Rd, Moonlight Ridge
Monument Valley, UT 84536
928.429.0192

Mary L Dee Harvey
Southwest of Red Mesa Chapter Hse, 2nd Hse
Red Mesa, UT 84534
970.560.3722

Soshina Harvey
Southwest of Red Mesa Chapter
   Hse, 2nd Hse
Red Mesa, UT 84534
970.570.3182

Ray Nakai
3 Miles East of Red Mesa Chapter Hse
Red Mesa, Ut 84534
505.612.9089

Francis Stevens
2.5 Miles East of Navajo
   Mountain School
Tonalea, Az 86044
928.606.1259

8

Belinda Clark
8 Miles East of Aneth Chapter Hse
Aneth, UT 84510
928.797.1839

Brenda Chee
8 Miles East of Aneth Chapter
   Hse
Aneth, UT 84510
435.444.9984

Daisey Todacheene
6 Miles Northwest of Aneth Chapter Hse
Aneth, UT 84510
435.651.3183

Marietta Stevens
5 Miles East of Navajo Mtn
   Chapter Hse
Tonalea, Az 86044
928.614.4666

Laura Tallis
14 Miles North of Oljato Chapter House
Oljato, Ut 84536
No Phone number available

Edward Tapaha
Southwest of Red Mesa Chapter
   Hse, 5th House (red)
Red Mesa, UT 84534

Ramonica Tree
(address not ascertained)
Last known phone number:  435.459.1695

Molly Sloan
(address not ascertained)
Last known phone number:  928.672.2447

**Interrogatory No. 4:** State the dates and hours that each Navajo-speaking staff

member of the County Clerk's office has been and will be made available to serve

Navajo-speaking voters from 2014 through all elections in 2016.

**RESPONSE NO. 4:**  Except for holidays and days off, Mr. Edward Tapaha is

available at the County Clerk's office, and by telephone, each weekday from 8:00 a.m. to

5:00 p.m.

9

**Interrogatory No. 5:** Provide the content, dates, and frequency of training sessions offered to County staff concerning Navajo language assistance to voters for all elections in 2016.

**RESPONSE NO. 5:**   No training for interpreters was conducted in 2016 because all interpreters used in 2016 had been previously trained.

**Interrogatory No. 6:** For the ballot audio provided on San Juan County's election website, state the date on which the audio information was posted online, identify the person(s) who provided the audio translation in Navajo, describe the process through which the translation was made and approved, and provide an English translation of the audio clips.

**RESPONSE NO. 6:** The audio ballot provided on San Juan County's website was posted online on June 1, 2016. The audio translation was made and provided by Mr. Edward Tahapa and was not subject to review or approval because the County trusts his ability to handle such responsibilities.   The translation was solely of the English ballot, a copy of which is produced herewith.  With respect to Plaintiffs' request that Defendants provide a translation of that audio ballot, the burden of doing that translation is substantially the same for Plaintiffs as for Defendants.  Consequently, Defendants elect under Rule 33(d) to provide a copy of the audio ballot for Plaintiffs to translate.

**Interrogatory No. 7:** Any public statements, written or otherwise, made concerning the primary, general and other elections in 2014-2016. Please include the content, dates, times, and frequency of the public announcements that were made or will be made concerning the primary, general and other elections in 2014-2016 on Navajo-language radio stations and in other local news sources concerning the voting system and the provision of Navajo-language voting assistance.

**RESPONSE NO. 7:**  San Juan County objects to this Interrogatory as not being a in the form of an interrogatory.  Nevertheless, San Juan County notes that it previously provided the following documents that may be responsive as part of San Juan County's Initial Disclosures.  *See* SAN000001-SAN000032.  In addition, San Juan County produces herewith copies of documents relating to the Public Notices for the 2016 elections published in the *Navajo Times* and the *San Juan Record*.  *See* SAN000306-SAN000307 produced herewith.

In the course of preparing its responses to these Interrogatories, San Juan County discovered that, due to a communication problem within the Clerk's office, the request to run the Navajo-language public service announcement relating to the 2016 primary election, which had been recorded by Mr. Edward Tapaha, was never sent to the radio stations.  The Clerk's office, however, is planning to place such Navajo-language advertisements prior to the general election.

11

**Interrogatory No. 8:** State the dates and frequency of visits that were made or will be made concerning the primary, general and other elections in 2014-2016 by the County's staff to chapter meetings to explain the voting changes, and for each visit, state the full names and last know home or business address of each County staff member who participated.

**RESPONSE NO. 8:**   Mr. Edward Tapaha, whose business address is 117 South Main, Monticello, Utah 84543, is the only County staff member who participated in visits to chapter meetings to explain the vote-by-mail system and procedures in 2014 and 2016. The dates on which Mr. Tapaha visited the chapter meetings are as follows:

In 2014:

| | |
|---|---|
| 1/26/14 | Red Mesa |
| 1/28/14 | Aneth / Mexican Water |
| 2/11/14 | Navajo Utah Commission |
| 3/4/14 | Aneth / Mexican Water / Red Mesa |
| 3/9/14 | Oljato |
| 3/17/14 | Navajo Mountain |
| 4/6/14 | Mexican Water / Oljato |
| 5/5/14 | Mexican Hat |
| 5/18/14 | Oljato |
| 6/12/14 | Aneth |
| 8/10/14 | Mexican Hat / Oljato |
| 8/18/14 | Red Mesa |
| 9/15/14 | Red Mesa |
| 9/25/14 | Aneth |

So far in 2016:

| | |
|---|---|
| 2/21/16 | Oljato |

12

| 3/6/16 | Mexican Water |
| 4/14/16 | Chapter Meeting not specified |

Mr. Tapaha will also visit chapter meetings in connection with the 2016 general election, but the dates and frequency of such visits have not yet been determined.

San Juan County reserves the right to supplement its response to this interrogatory.

**Interrogatory No. 9:** Identify all persons you consulted with or that provided you with assistance or information regarding your Answers to these Interrogatories.

**RESPONSE NO. 9:**   The staff of ths San Juan County Clerk's Office, including John David Nielson, James Francom and Edward Tapaha.

**Interrogatory No. 10:** During the 2014 elections:

   a.   State the number of ballots mailed by San Juan County that were returned as undeliverable;

   b.   State the number of undeliverable ballots mailed to San Juan County voters on the Navajo reservation;

   c.   State the number of ballots mailed by San Juan County that were not returned and counted;

   d.   State the number of ballots mailed by San Juan County to Navajo voters that were not returned and counted.

**RESPONSE NO. 10:**   San Juan County objects to this request as unduly burdensome in light of the fact that San Juan County does not track or tabulate such

13

information.  Furthermore, with respect to paragraph d., the County does not track which voters are Navajo and therefore the County's records would not reflect which ballots were mailed to or returned by Navajo voters.  Since  the burden of obtaining the information requested in this interrogatory is substantially the same for both Plaintiffs and Defendants, Defendants elect under Rule 33(d) to produce to Plaintiffs all election ballots and related, non-privileged documents.  Furthermore, these allot will be made available to Plaintiffs, upon reasonable advance notice and during normal business hours for inspection and copying if desired, so that Plaintiffs may determine this information for themselves.

**Interrogatory No. 11:** For the period from 2000 to 2014:

    a.    State the number of voters who were purged or removed form the voter rolls by San Juan County or otherwise made inactive;

    b.    State the number of Navajo voters who were purged or removed from the voter rolls by San Juan County or otherwise made inactive.

**RESPONSE NO. 11:**  San Juan County objects to this request as overly broad and unduly burdensome in light of the fact that San Juan County does not track or tabulate such information. The person most likely to have any such information would be former San Juan county Clerk-Auditor Norman Johnson, who was deposed by the Navajo Nation in *Navajo Nation v. San Juan County*, District of Utah Case 2:12CV00039, and testified that no voters were purged during this time period.  Furthermore, San Juan

14

County knows of no way that such information could be gathered at this point. Furthermore, with respect to paragraph b., the County does not track which voters are Navajo and therefore the County's records would not reflect which voters listed on the County's voter rolls are Navajo voters.

*THERE IS NO INTERROGATORY NO. 12*

**Interrogatory No. 13:** As alleged in your Sixth Affirmative Defense, state the name, address, and title of the person you claim Plaintiffs failed to join as an "indispensable party."

**RESPONSE NO. 13:** The United States of America since the Attorney General is the only person who can assert claims under Section 203 of the Voting Rights Act, and the Navajo Nation.

**Interrogatory No. 14:** State the County's policy for dealing with mail-in ballots which are returned as undeliverable.

**RESPONSE NO. 14:** The County's policy for dealing with mail-in ballots is set forth on document SAN000311 produced herewith.

**Interrogatory No. 15:** State the County's policy for ensuring it has accurate mailing addresses for all registered voters in San Juan County.

15

**RESPONSE NO. 15:**  The County relies on addresses provided by voters as part of the registration process which are then added to the database maintained by the Utah State Elections Office using its VISTA program.

**Interrogatory No. 16:**  For all elections conducted by mail between 2014 and 2016:

    a.    State the number of ballots mailed by San Juan County that were received but not counted because they were incomplete or spoiled and state the number of such ballots that were from voters with addresses located on the Navajo Reservation;

    b.    State the number of ballots mailed by San Juan County that were received but not counted because they were not clearly postmarked before Election Day or marked by the post office as having been received before Election Day and state the number of such ballots that were from voters with addresses located on the Navajo Reservation;

    c.    State the number of ballots mailed by San Juan County that were received but not counted because they were not received in the office of the election officer before noon on the day of the official canvas

and state the number of such ballots that were from voters with

addresses located on the Navajo Reservation.

**RESPONSE NO. 16:** San Juan County objects to this request as unduly

burdensome in light of the fact that San Juan County does not track or tabulate such

information.  Nevertheless, subject to and without waiving such objection, pursuant to

Rule 33(d)  San Juan County agrees to produce all election ballots and related, non-

privileged documents, which will be made available to Plaintiffs, upon reasonable

advance notice and during normal business hours for inspection and copying if desired, so

that Plaintiffs may determine this information for themselves.  San Juan County is doing

so because the burden of obtaining this information from these records is substantially the

same for Plaintiffs as for Defendants.

**Interrogatory No. 17:** For the period after the 2014 elections, please state:

  a.    Identify all discussions in which County staff and commissioners

        discussed whether to reopen polling places after the 2014 election;

  b.    The date on which a final decision to reopen those polling places

        was made and how and when such decision was communicated to

        the County Commission;

17

    c.    The date on which a final decision to reopen those polling places

        was made and how and when such decision was communicated to

        the general public.

**RESPONSE NO. 17:**  San Juan County began considering possible changes after receiving comments and concern from County voters about the mail-in-voting system. On October 29, 2015, the day that the Department of Justice met with County officials in Monticello, as part of a visit to San Juan County to look into the County's vote-by-mail system, San Juan County began to consider making changes to improve the vote-by-mail system to add in-person polling places on the Navajo Reservation. By late January or early February of 2016 the County had made the decision to open three additional polling locations within the Navajo Reservation.  The final decision as to the locations of the three additional polling places was made on or before February 16, 2016.  Thereafter, the County Clerk sent a press release to the local newspapers about the 2016 elections, including the County's decision to open additional in-person polling locations.

San Juan County reserves the right to supplement its response to this interrogatory.

**Interrogatory No. 18:** State how the County Clerk's office processes any mail it receives.

**RESPONSE NO. 18:**  San Juan County objects to this interrogatory as overly broad and irrelevant.  Neverless, without waiving such objections, the County states that

mail received by the County Clerk's office is opened by a staff member and, as appropriate to the particular circumstances is directed to the persons who would, in the course of their responsibilities, handle the subject matter of the each piece of mail. Because San Juan County is a very small County, the staff is not numerous nor are functions delimited by a definitive protocol for mail handling.

## RESPONSES TO REQUESTS FOR DOCUMENTS

**Request for Production No. 1:** All documents and communications concerning your claim that "[f]or the 2016 and future election cycles, in-person voting or polls will be available at four locations within San Juan County: Monticello, Montezuma Creek, Oljato and Navajo Mountain, Utah" including, but not limited to:

1. Decision-making process to open three additional polling locations for the 2016 election cycle;

2. Dates and hours that each polling place will be open for the primary, general, and other elections in 2016 and beyond; and

3. Number of staff at each location.

**RESPONSE NO. 1:** *See* generally *Initial Disclosures. See* specifically SAN000103-SAN000105. After a diligent and thorough review, San Juan County knows of no other documents responsive documents.

San Juan County reserves the right to supplement its response to this Request.

19

**Request for Production No. 2:** All documents and communications concerning your plans to provide Navajo language assistance for the primary, general and other elections in 2016 and beyond, including but not limited to:

1.      Number of Navajo-speaking interpreters at each polling location;

2.      Dates and hours that Navajo-speaking interpreters will be made available at each polling location;

3.      Recruiting, hiring, and training of Navajo-speaking interpreters; and

4.      The days and hours language assistance is available at the County Clerk's office.

**RESPONSE NO. 2:**   San Juan County knows of no responsive documents.

**Request for Production No. 3:**  All documents and communications concerning your plans to educate the Navajo population about the proposed changes to voting procedure, including but not limited to:

1.      Content, dates, and frequency of any announcements made or will be made on Navajo-language radio stations;

2.      Content, dates, and frequency of any written communications or press releases made or will be made in local publications; and

3.      Dates and frequency of visits made or will be made by the County Clerk's staff to chapter meetings to explain the voting changes.

20

**REQUEST NO. 3:** *See Initial Disclosures* SAN000001-SAN000023, SAN000027. *See* generally Exhibit 8 to Edward Tapaha's June 24, 2015 deposition. The Republican or Democratic ballot is transcribed and available on San Juan County's website: http://www.sanjuancounty.org/elections_voting.htm. Audio files of the Navajo Language public service announcements for 2014 and 2016 are produced herewith.

**Request for Production No. 4:** All documents and communications concerning your claim to "provid[e] Navajo language ballots in audio form at the four polling places within San Juan County and on the County's website" including but not limited to:

1.    Procedure for providing language ballots in audio form at the four polling locations;

2.    Procedure for translating the ballot; and

3.    Content of the Navajo audio information on the County's website.

**RESPONSE NO. 4:** *See* SAN000027-SAN000029. *See also* San Juan County's website: http://www.sanjuancounty.org/elections_voting.htm to listen to audio of ballots.

**Request for Production No. 5:** All document and communications concerning your claim that prior to both the 2014 primary and general elections "San Juan County diligently sought to provide advance notice of the vote-by-mail system to Navajo-speaking residents, including the extensive use of paid Navajo-language announcements on two radio stations (KNDN and KTTN) . . . as well as sending the County's Navajo

21

Liaison and Election Coordinator, Edward Tapaha, to meetings of all Utah Navajo Nation Chapters, to explain the vote-by-mail process, and providing a telephone number with the ballots themselves that could be called for Navajo-language assistance."

**RESPONSE NO. 5:** *See Response* to Request for Production No. 3. *See also* SAN000027, SAN000033 and SAN000046-SAN00052.

**Request for Production No. 6:** All documents and communications concerning your claim that "[t]he Navajo Election Administration approved of the County's vote-by-mail procedures for the 2014 election."

**RESPONSE NO. 6:** San Juan County knows of no responsive documents.

**Request for Production No. 7:** All documents and communications concerning your claim that "San Juan County's decision to change the mail-in voting system to better accommodate voters who would prefer to vote in-person was made before the County was served with this lawsuit."

**RESPONSE NO. 7:** San Juan County knows of no responsive documents.

**Request for Production No. 8:** All documents and communications concerning your claim that "Counterclaim Defendants' actions were motivated by racial animus directed at Counterclaim Plaintiff Benally and other members of the Navajo Nation who, for any number of reasons, are not able to vote in-person at a polling location."

**RESPONSE NO. 8:** *See* SAN000215, SAN000237-SAN000304.

**Request for Production No. 9:** All documents and communications concerning your claim that "the Underlying Action was commenced and is being continued for the improper, unlawful and ulterior purpose of allowing Counterclaim Defendant Maryboy, Kenneth Maryboy and Manual Morgan to reassume control of the election of a County Commissioner from District Three by suppressing the vote" for Counterclaim Plaintiff Benally.

**RESPONSE NO. 9:** San Juan County knows of no responsive documents.

**Request for Production No. 10:** All documents and communications concerning

    a.    The number of ballots mailed by San Juan County that were returned as undeliverable in all elections form 2000-2016.

    b.    State the number of undeliverable ballots mailed by San Juan County that were mailed to Navajo voters in all elections in 2014-2016;

    c.    State the number of ballots mailed by San Juan County that were not returned and counted in all elections in 2014-2016;

    d.    State the number of ballots mailed by San Juan County to Navajo voters that were not returned and counted in all elections in 2014-2016.

**RESPONSE NO. 10:** San Juan County knows of no responsive documents to this request.  *See also* San Juan County's Objection and Response to Interrogatory No. 10 above.

**Request for Production No. 11:** All documents and communications concerning:

a.   The number of voters who were purged or removed from the voter rolls by San Juan County from 2000-2016;

b.   The number of Navajo voters who were purged or removed form the voter rolls by San Juan County from 2000-2016.

**RESPONSE NO. 11:**  San Juan County knows of no responsive documents to this request.  *See also* San Juan County's Objection and Response to Interrogatory No. 11 above.

**Request for Production No. 12:** All documents and communications concerning the County's policy and practice for dealing with mail-in ballots which are returned as undeliverable.

**RESPONSE NO. 12:**   A copy of the County's "Procedure for Handling Mailed Ballot Problem" is produced herewith.  San Juan County is aware of no other responsive documents or communications.

**Request for Production No. 13:** All documents and communications concerning the County's policy and practice for ensuring it has accurate mailing addresses for all registered voters in San Juan County.

**RESPONSE NO. 13:** *See* SAN000033-SAN000040.  San Juan County knows of no other responsive documents.

**Request for Production No. 14:** All documents and communications concerning:

a.      The number of ballots mailed by San Juan County that were received but not counted because they were incomplete or spoiled and state the number of such ballots that were from voters with addresses located on the Navajo Reservation;

b.      The number of ballots mailed by San Juan County that were received but not counted because they were not clearly post marked before Election Day or marked by the post office as having been received before Election Day and state the number of such ballots that were from voters with addresses located on the Navajo Reservation;

c.      The number of ballots mailed by San Juan County that were received but not counted because they were not received in the office of the election officer before noon on the day of the official canvas and

state the number of such ballots that were from voters with addresses located on the Navajo Reservation.

**RESPONSE NO. 14:**  San Juan County knows of no responsive documents.  *See also* San Juan County's Objection and Response to Interrogatory No. 16, above.

**Request for Production No. 15:** All documents and communications concerning:

    a.    Discussions concerning whether the County would reopen polling places after the 2014 election;

    b.    The final decision to reopen those polling places and how such decision was communicated to the County Commission;

    c.    How the decision to reopen those polling places was communicated to the general public.

**RESPONSE NO. 15:**  San Juan County knows of no responsive documents.

DATED this 17th day of August, 2016.

        SUITTER AXLAND, PLLC

        /s/ jesse c. trentadue
        Jesse C. Trentadue
        Carl F. Huefner
        Britton R. Butterfield
        *Attorneys for Defendants*

## VERIFICATION

Pursuant to 28 U.S.C. §1746  I, JOHN DAVID NIELSON, hereby declare under the penalty of perjury that the information stated above is true and correct to the best of my knowledge.

EXECUTED in Monticello, Utah this 17th day of August, 2016.


/s/ John David Nielson
John David Nielson


## CERTIFICATION

I, Jesse C. Trentadue, hereby certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action.

Dated this 17th day August, 2016.

/s/ jesse c. trentadue

T:\700\0778\0\RESPONSES PLAINTIFF'S FIRST ROGS RFP.wpd

27

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2016, I served a copy of **DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS** via United States Mail, postage prepaid, to the following parties below:

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT 84103
T: (801) 521-9862
jmcjia@acluutah.org
lfarrell@acluutah.org
*Attorneys for Plaintiffs*

Ezra D. Rosenberg*
M. Eileen O'Connor*
Arusha Gordon*
Lawyers' Committee for Civil Rights
   Under Law
1401 New York Ave., Suite 400
Washington, D.C. 20005
T: (202) 662-8600
erosenberg@lawyerscommittee.org
eoconnor@lawyerscommitee.org
agordon@lawyerscommittee.org
*Attorneys for Plaintiffs*

M. Laughlin McDonald*
American Civil Liberties Union Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
T: (404) 500-1235
lmcdonald@aclu.org
*Attorneys for Plaintiffs*

Maya Kane*
10 Town Square, #52
Durango, Colorado 81301
T: (970) 946-5419
mayakanelaw@gmail.com
*Attorneys for Plaintiffs*

William A. Rudnick*
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: (312) 368-4000
william.rudnick@dlapiper.com
*Attorneys for Plaintiffs*

Raymond M. Williams*
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-3300
raymond.williams@dlapiper.com
*Attorneys for Plaintiffs*

/s/ jesse c. trentadue

28

Exhibit 4

**ELECTION BALLOTS - 2010 GENERAL**          **OFFICIAL RESULTS**

San Juan County

| Precinct | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Active Voters | 493 | 633 | 556 | 20 | 155 | 189 | 260 | 202 | 513 | 587 | 361 | 259 | 708 | 282 | 25 | 290 | 529 | 449 | 442 | 63 | 7016 | | 7016 |
| Voting | 235 | 299 | 242 | 19 | 113 | 114 | 170 | 146 | 300 | 393 | 183 | 122 | 440 | 170 | 4 | 166 | 357 | 312 | 296 | 21 | 4102 | 70 | 4172 |
| Percentage | 47.67% | 47.24% | 43.53% | 95.00% | 72.90% | 60.32% | 65.38% | 72.28% | 58.48% | 66.95% | 50.69% | 47.10% | 62.15% | 60.28% | 16.00% | 57.24% | 67.49% | 69.49% | 66.97% | 33.33% | 58.47% | | 59.46% |

**U.S. Senator**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Mike Lee | REP | 57 | 89 | 65 | 13 | 85 | 70 | 106 | 112 | 237 | 320 | 150 | 37 | 94 | 34 | 4 | 49 | 290 | 280 | 238 | 6 | 2336 | 39 | 2375 |
| Sam F. Granato | DEM | 160 | 182 | 158 | 1 | 18 | 38 | 45 | 24 | 43 | 53 | 17 | 76 | 331 | 125 | 0 | 109 | 44 | 19 | 36 | 13 | 1493 | 26 | 1519 |
| Scott N. Bradley | CON | 8 | 10 | 12 | 5 | 9 | 6 | 12 | 6 | 9 | 10 | 10 | 6 | 13 | 6 | 0 | 6 | 11 | 5 | 13 | 1 | 158 | 5 | 163 |

**U.S. House District #2**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Morgan Philpot | REP | 32 | 38 | 29 | 9 | 64 | 48 | 76 | 83 | 183 | 269 | 123 | 19 | 69 | 28 | 3 | 25 | 238 | 228 | 183 | 0 | 1747 | 28 | 1775 |
| Jim Matheson | DEM | 192 | 243 | 199 | 3 | 42 | 61 | 75 | 57 | 103 | 108 | 47 | 99 | 356 | 135 | 0 | 135 | 102 | 74 | 104 | 21 | 2156 | 39 | 2195 |
| Randall Hinton | CON | 3 | 4 | 4 | 7 | 0 | 4 | 6 | 1 | 4 | 3 | 4 | 1 | 7 | 2 | 0 | 2 | 4 | 5 | 6 | 0 | 67 | 1 | 68 |
| Dave Glissmeyer | UNAF | 1 | 1 | 3 | 0 | 2 | 1 | 0 | 0 | 2 | 2 | 3 | 0 | 3 | 1 | 0 | 1 | 2 | 1 | 1 | 0 | 24 | 0 | 24 |
| Wayne L. Hill | UNAF | 0 | 3 | 3 | 0 | 5 | 0 | 7 | 3 | 4 | 5 | 0 | 0 | 3 | 3 | 1 | 0 | 3 | 7 | 1 | 0 | 45 | 1 | 46 |

**Governor and Lieutenant Governor of Utah**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gary R. Herbert / Greg Bell | REP | 55 | 71 | 67 | 15 | 71 | 71 | 103 | 109 | 245 | 313 | 159 | 35 | 93 | 37 | 4 | 39 | 289 | 275 | 256 | 3 | 2310 | 39 | 2349 |
| Peter Carroon / Sheryl Allen | DEM | 167 | 205 | 159 | 3 | 22 | 36 | 50 | 33 | 36 | 59 | 15 | 75 | 327 | 127 | 0 | 116 | 47 | 24 | 29 | 17 | 1547 | 29 | 1576 |
| W. Andrew McCullough / Ann M. Cramer, Sr. | LIB | 7 | 8 | 4 | 1 | 10 | 4 | 4 | 0 | 5 | 5 | 2 | 4 | 8 | 4 | 0 | 2 | 3 | 2 | 2 | 0 | 74 | 0 | 74 |
| Farley M. Anderson / Steve Maxfield | UNAF | 1 | 3 | 7 | 1 | 10 | 2 | 9 | 2 | 10 | 8 | 4 | 5 | 9 | 0 | 0 | 3 | 10 | 7 | 8 | 0 | 99 | 0 | 99 |

**Utah House District #69**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christine F. Watkins | DEM | 196 | 243 | 199 | 11 | 64 | 78 | 87 | 95 | 202 | 250 | 120 | 99 | 370 | 136 | 2 | 134 | 232 | 186 | 188 | 20 | 2912 | 47 | 2959 |

**County Commission Dist #2**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | X | X | | | | | | X | | | X | | | | |
| Phil Lyman | REP | | | | | | | | | 370 | 168 | | | | | | 333 | | | 304 | | 16 | 1191 | 14 | 1205 |

**County Commission Dist #3**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | | | | | | | X | | | | | | X | | | | | | | |
| Kenneth Maryboy | DEM | 187 | 249 | 185 | | | | | | | | 103 | | | | | | 133 | | | | | 857 | 12 | 869 |

**County Assessor**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Howard L. Randall | DEM | 203 | 243 | 202 | 14 | 63 | 87 | 96 | 112 | 213 | 312 | 144 | 103 | 369 | 135 | 4 | 132 | 278 | 246 | 213 | 21 | 3190 | 47 | 3237 |

**County Attorney**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Craig C. Halls | REP | 102 | 134 | 115 | 19 | 78 | 75 | 120 | 114 | 231 | 321 | 160 | 53 | 139 | 53 | 4 | 71 | 292 | 264 | 246 | 10 | 2601 | 48 | 2649 |

**County Clerk / Auditor**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Norman L. Johnson | REP | 113 | 130 | 113 | 19 | 97 | 86 | 124 | 125 | 263 | 357 | 171 | 58 | 143 | 54 | 4 | 72 | 322 | 287 | 268 | 15 | 2821 | 53 | 2874 |

**County Recorder**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Louise C. Jones | REP | 110 | 131 | 112 | 19 | 93 | 81 | 122 | 124 | 266 | 343 | 168 | 61 | 141 | 51 | 4 | 70 | 321 | 278 | 267 | 14 | 2776 | 52 | 2828 |

**County Sheriff**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Mike Lacy | REP | 79 | 81 | 84 | 17 | 69 | 54 | 86 | 119 | 202 | 202 | 91 | 51 | 113 | 45 | 2 | 55 | 169 | 105 | 117 | 14 | 1612 | 30 | 1642 |
| Rick Eldredge | DEM | 150 | 210 | 153 | 2 | 43 | 58 | 81 | 85 | 179 | 184 | 93 | 70 | 323 | 121 | 2 | 108 | 183 | 206 | 176 | 7 | 2434 | 36 | 2470 |

**County Surveyor**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| David A. Bronson | REP | 113 | 129 | 109 | 19 | 99 | 87 | 125 | 126 | 266 | 343 | 168 | 62 | 144 | 54 | 4 | 67 | 313 | 284 | 270 | 15 | 2792 | 52 | 2844 |

**County Treasurer**

| Name | | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | SUB TOTAL | CANVASS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| Glenis Black Pearson | REP | 105 | 129 | 116 | 19 | 95 | 87 | 123 | 123 | 264 | 348 | 171 | 61 | 134 | 53 | 4 | 68 | 313 | 282 | 276 | 15 | 2780 | 52 | 2832 |

**NON-PARTISAN**

| Precinct | Bluff 1 | M. Creek 2 | Aneth 3 | C. Point 4 | Ucolo 5 | LaSal 6 | S. Valley 7 | N. Mont. 8 | S. Mont. 9 | NW Blnd 10 | SW Blnd 11 | Mex Hat 12 | Oljato 13 | Nav. Mt. 14 | Halls C. 15 | Red M. 16 | SE Blnd 17 | NE Blnd 18 | C. Mont 19 | White M. 20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **State Board of Edu. #14** | | | | | | | | | | | | | | | | | | | | | |
| Dixie Lee Allen | 97 | 111 | 85 | 7 | 41 | 51 | 56 | 68 | 166 | 227 | 108 | 57 | 72 | 98 | 0 | 49 | 193 | 164 | 153 | 5 | 1808 |... 25 ... 1833 |
| Johny Thayne | 34 | 58 | 27 | 3 | 23 | 28 | 43 | 25 | 49 | 45 | 29 | 33 | 58 | 57 | 0 | 27 | 68 | 37 | 47 | 5 | 657 | 17 | 674 |
| **San Juan School Dist. #4** | | | | | | | | | | | | | | | | | | | | | |
| Elsie Dee | | 125 | 87 | | | | | | | | | | | | | 64 | | | | | 276 | 5 | 281 |
| Howard H. Todachinnie | | 121 | 68 | | | | | | | | | | | | | 43 | | | | | 232 | 2 | 234 |
| **San Juan School Dist. #5** | | | | | | | | | | | | | | | | | | | | | |
| Write -in Candidate | | | | | | | | | | | | | 20 | 36 | 1 | | | | | | 57 | 3 | 60 |
| **Judicial Retention** | | | | | | | | | | | | | | | | | | | | | |
| **Utah Court of Appeals** | | | | | | | | | | | | | | | | | | | | | |
| William A. Thorne, Jr  YES | 87 | 102 | 77 | 9 | 68 | 72 | 85 | 97 | 212 | 243 | 133 | 53 | 87 | 132 | 0 | 44 | 234 | 201 | 195 | 6 | 2137 | 37 | 2174 |
| NO | 48 | 45 | 30 | 2 | 16 | 11 | 34 | 15 | 36 | 56 | 16 | 31 | 40 | 26 | 0 | 31 | 50 | 36 | 24 | 3 | 550 | 12 | 562 |
| **District Court Judge - 7th District** | | | | | | | | | | | | | | | | | | | | | |
| George M. Harmond, Jr.  YES | 81 | 100 | 60 | 11 | 70 | 68 | 86 | 96 | 216 | 229 | 129 | 52 | 77 | 119 | 0 | 39 | 230 | 195 | 197 | 4 | 2093 | | |
| NO | 54 | 44 | 40 | 2 | 14 | 13 | 30 | 12 | 27 | 58 | 16 | 27 | 44 | 37 | 0 | 33 | 49 | 34 | 21 | 4 | 556 | 11 | 567 |
| Douglas B. Thomas  YES | 84 | 91 | 59 | 11 | 68 | 67 | 86 | 97 | 213 | 237 | 130 | 47 | 82 | 128 | 0 | 41 | 228 | 194 | 197 | 5 | 2065 | 32 | 2097 |
| NO | 48 | 48 | 40 | 2 | 16 | 15 | 32 | 12 | 27 | 58 | 18 | 28 | 38 | 28 | 0 | 29 | 49 | 35 | 21 | 3 | 553 | 14 | 567 |
| **San Juan County Justice Judge** | | | | | | | | | | | | | | | | | | | | | |
| Lyon  W. Hazleton, II  YES | 95 | 106 | 57 | 13 | 83 | 74 | 90 | 121 | 257 | 270 | 138 | 56 | 87 | 124 | 4 | 42 | 252 | 223 | 251 | 14 | 2357 | 36 | 2393 |
| NO | 50 | 43 | 44 | 2 | 15 | 13 | 23 | 23 | 53 | 16 | 32 | 37 | 31 | 0 | 30 | 53 | 33 | 20 | 0 | | 542 | 13 | 555 |
| **Blanding City Justice Judge** | | | | | | | | | | | | | | | | | | | | | |
| James J. Harris  YES | 99 | 103 | 65 | 10 | 68 | 73 | 89 | 106 | 238 | 309 | 143 | 60 | 92 | 125 | 1 | 49 | 289 | 262 | 225 | 8 | 2414 | 45 | 2459 |
| NO | 45 | 45 | 39 | 2 | 16 | 12 | 30 | 11 | 21 | 34 | 17 | 30 | 44 | 33 | 0 | 24 | 35 | 22 | 16 | 6 | 467 | 8 | 475 |
| **Monticello City  Justice Judge** | | | | | | | | | | | | | | | | | | | | | |
| Lyon  W. Hazleton, II  YES | 87 | 106 | 65 | 13 | 86 | 73 | 92 | 122 | 251 | 270 | 139 | 61 | 79 | 119 | 4 | 44 | 250 | 216 | 242 | 11 | 2330 | 36 | 2366 |
| NO | 52 | 42 | 39 | 2 | 14 | 14 | 30 | 10 | 26 | 53 | 17 | 28 | 43 | 38 | 0 | 30 | 53 | 30 | 27 | 2 | 550 | 15 | 565 |
| **Proposed Constitutional Amendments** | | | | | | | | | | | | | | | | | | | | | |
| Constitutional Amendment A  FOR | 101 | 85 | 59 | 11 | 45 | 45 | 71 | 73 | 158 | 196 | 102 | 35 | 68 | 81 | 2 | 43 | 184 | 164 | 155 | 5 | 1689 | 31 | 1720 |
| AGAINST | 55 | 59 | 41 | 4 | 50 | 55 | 69 | 61 | 114 | 130 | 58 | 42 | 60 | 70 | 2 | 32 | 97 | 78 | 57 | 15 | 1205 | 29 | 1234 |
| Constitutional Amendment B  FOR | 121 | 91 | 73 | 14 | 45 | 89 | 131 | 112 | 244 | 281 | 137 | 53 | 89 | 102 | 4 | 52 | 259 | 243 | 220 | 11 | 2410 | 46 | 2456 |
| AGAINST | 36 | 53 | 28 | 1 | 19 | 13 | 16 | 19 | 35 | 62 | 24 | 20 | 60 | 50 | 0 | 24 | 52 | 32 | 48 | 1 | 590 | 13 | 603 |
| Constitutional Amendment C  FOR | 102 | 91 | 56 | 9 | 42 | 63 | 70 | 76 | 167 | 192 | 100 | 39 | 58 | 102 | 2 | 37 | 199 | 173 | 150 | 10 | 1738 | 32 | 1770 |
| AGAINST | 55 | 50 | 44 | 4 | 53 | 42 | 73 | 55 | 105 | 145 | 56 | 40 | 83 | 60 | 2 | 39 | 112 | 93 | 39 | 1 | 1221 | 29 | 1250 |
| Constitutional Amendment D  FOR | 119 | 100 | 75 | 9 | 55 | 61 | 90 | 84 | 192 | 221 | 97 | 47 | 79 | 115 | 2 | 49 | 195 | 164 | 162 | 8 | 1924 | 36 | 1960 |

**ELECTION BALLOTS - 2014 GENERAL**

**San Juan County, Utah**  Official Election Totals

| | Bluff | M. Creek | Aneth | C. Point | Ucolo | LaSal | S. Valley | N. Mont | S. Mont | NW Bland | SW Bland | Mex Hat | Oljato | Nav. Mt. | Halls C. | Red Mesa | SE Bland | NE Bland | C. Mont | White M. | TOTAL | 11/17/2014 CANVASS | FINAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Active Voters | 424 | 585 | 494 | 22 | 141 | 179 | 280 | 266 | 437 | 522 | 303 | 240 | 672 | 245 | 18 | 229 | 471 | 425 | 331 | 58 | 6342 | | 6342 |
| Voting | 273 | 394 | 311 | 16 | 100 | 108 | 163 | 201 | 322 | 363 | 233 | 107 | 241 | 121 | 10 | 117 | 328 | 318 | 244 | 23 | 3993 | 57 | 4050 |
| Percentage | 64.4% | 67.4% | 63.0% | 72.7% | 70.9% | 60.3% | 58.2% | 75.6% | 73.7% | 69.5% | 76.9% | 44.6% | 35.9% | 49.4% | 55.6% | 51.1% | 69.6% | 74.8% | 73.7% | 39.7% | 63.0% | | 63.9% |
| **US Congressional District #3** | | | | | | | | | | | | | | | | | | | | | | | |
| Ben J. Mates | 15 | 5 | 6 | 0 | 1 | 0 | 2 | 0 | 1 | 3 | 4 | 3 | 0 | 2 | 0 | 2 | 2 | 6 | 1 | 0 | 53 | 5 | 58 |
| Brian Wonnacott | 168 | 268 | 204 | 1 | 7 | 28 | 40 | 23 | 39 | 23 | 22 | 59 | 182 | 88 | 1 | 96 | 32 | 14 | 14 | 8 | 1317 | 25 | 1342 |
| Zack Strong | 14 | 13 | 12 | 3 | 7 | 7 | 6 | 5 | 6 | 7 | 6 | 11 | 6 | 4 | 1 | 2 | 9 | 7 | 4 | 0 | 130 | 0 | 130 |
| Jason Chaffetz | 50 | 68 | 59 | 12 | 75 | 68 | 107 | 154 | 262 | 310 | 191 | 25 | 47 | 24 | 8 | 10 | 265 | 285 | 205 | 8 | 2233 | 20 | 2253 |
| Stephen P. Tryon | 9 | 5 | 4 | 0 | 1 | 0 | 2 | 3 | 3 | 6 | 4 | 1 | 2 | 2 | 0 | 2 | 3 | 0 | 6 | 0 | 53 | 5 | 58 |
| Write-In | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 |
| **Utah Attorney General** | | | | | | | | | | | | | | | | | | | | | | | |
| W. Andrew McCullough | 11 | 10 | 2 | 0 | 5 | 6 | 8 | 4 | 9 | 9 | 11 | 3 | 4 | 2 | 0 | 1 | 7 | 12 | 3 | 0 | 107 | 2 | 109 |
| Gregory G. Hansen | 9 | 16 | 8 | 2 | 1 | 2 | 8 | 7 | 11 | 14 | 8 | 6 | 9 | 3 | 1 | 2 | 8 | 10 | 4 | 0 | 129 | 4 | 133 |
| Charles A. Stormont | 127 | 181 | 148 | 0 | 6 | 17 | 31 | 20 | 32 | 23 | 16 | 37 | 108 | 47 | 1 | 68 | 26 | 13 | 15 | 3 | 919 | 21 | 940 |
| Sean D. Reyes | 42 | 46 | 53 | 2 | 63 | 60 | 70 | 132 | 231 | 258 | 166 | 26 | 24 | 13 | 7 | 10 | 236 | 232 | 180 | 10 | 1861 | 14 | 1875 |
| Leslie D. Curtis | 18 | 16 | 18 | 2 | 7 | 6 | 4 | 5 | 8 | 16 | 10 | 6 | 2 | 3 | 0 | 2 | 11 | 10 | 8 | 2 | 154 | 4 | 158 |
| **Utah State House District # 73** | | | | | | | | | | | | | | | | | | | | | | | |
| Michael Noel | 101 | 177 | 139 | 16 | 70 | 78 | 115 | 152 | 258 | 298 | 198 | 60 | 109 | 45 | 6 | 47 | 269 | 264 | 199 | 7 | 2608 | 32 | 2640 |
| **County Commission District #2** | | | | | | | | | | | | | | | | | | | | | | | |
| Phil Lyman | 0 | 0 | 0 | 16 | 75 | 0 | 0 | 0 | 0 | 321 | 208 | 0 | 0 | 0 | 0 | 0 | 295 | 295 | 0 | 14 | 1224 | 6 | 1230 |
| **County Commission District #3** | | | | | | | | | | | | | | | | | | | | | | | |
| Manuel Morgan | 51 | 76 | 92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 267 | 3 | 270 |
| Rebecca M. Benally | 127 | 220 | 142 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 | 0 | 0 | 0 | 70 | 0 | 0 | 0 | 0 | 614 | 10 | 624 |
| Write-In | 86 | 91 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 31 | 0 | 0 | 0 | 0 | 297 | 6 | 303 |
| **County Assessor** | | | | | | | | | | | | | | | | | | | | | | | |
| Shelby D.Seely | 110 | 193 | 146 | 13 | 59 | 61 | 107 | 101 | 186 | 251 | 151 | 45 | 72 | 36 | 7 | 28 | 206 | 233 | 136 | 15 | 2156 | 31 | 2187 |
| Howard L. Randall | 158 | 190 | 152 | 3 | 37 | 42 | 51 | 97 | 136 | 107 | 80 | 60 | 164 | 84 | 3 | 86 | 122 | 84 | 103 | 8 | 1767 | 25 | 1792 |
| **County Attorney** | | | | | | | | | | | | | | | | | | | | | | | |
| Craig C. Halls | 69 | 94 | 96 | 15 | 48 | 42 | 89 | 111 | 143 | 128 | 109 | 27 | 61 | 26 | 3 | 12 | 148 | 182 | 129 | 9 | 1541 | 21 | 1562 |
| Kendall G. Laws | 198 | 284 | 200 | 1 | 48 | 62 | 71 | 90 | 175 | 232 | 122 | 80 | 174 | 94 | 7 | 104 | 177 | 134 | 112 | 14 | 2379 | 35 | 2414 |
| **County Clerk / Auditor** | | | | | | | | | | | | | | | | | | | | | | | |
| John David Nielson | 69 | 72 | 73 | 15 | 76 | 60 | 111 | 159 | 265 | 309 | 193 | 31 | 57 | 24 | 7 | 17 | 276 | 281 | 207 | 7 | 2309 | 23 | 2332 |
| Dawn R. Shaw | 180 | 294 | 218 | 1 | 21 | 40 | 46 | 39 | 54 | 45 | 36 | 72 | 176 | 96 | 2 | 95 | 47 | 34 | 35 | 9 | 1540 | 32 | 1572 |
| **County Recorder** | | | | | | | | | | | | | | | | | | | | | | | |
| David O. Carpenter | 74 | 80 | 72 | 14 | 52 | 56 | 105 | 133 | 182 | 262 | 177 | 30 | 58 | 26 | 5 | 14 | 234 | 247 | 155 | 5 | 1981 | 24 | 2005 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Petina (Tina) Corrao | 186 | 284 | 217 | 2 | 44 | 46 | 54 | 65 | 136 | 89 | 54 | 74 | 175 | 94 | 4 | 100 | 84 | 62 | 88 | 11 | 1869 | 31 | 1900 |

**County Sheriff**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rick Eldredge | 148 | 209 | 158 | 16 | 80 | 83 | 123 | 169 | 292 | 321 | 217 | 61 | 121 | 49 | 6 | 58 | 306 | 299 | 227 | 18 | 2961 | 39 | 3000 |

**County Surveyor**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kent "Sam" Cantrell | 137 | 198 | 159 | 16 | 76 | 83 | 120 | 164 | 283 | 316 | 212 | 64 | 118 | 49 | 5 | 55 | 288 | 280 | 219 | 8 | 2850 | 36 | 2886 |

**County Treasurer**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glenis B. Pearson | 128 | 204 | 162 | 16 | 83 | 83 | 119 | 173 | 280 | 319 | 212 | 66 | 122 | 48 | 6 | 54 | 295 | 289 | 229 | 11 | 2899 | 36 | 2935 |

## NON-PARTISIN ELECTIONS

**Utah State School Board District #14**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mike Miles | 62 | 93 | 87 | 1 | 18 | 24 | 35 | 32 | 74 | 96 | 76 | 32 | 69 | 38 | 2 | 23 | 85 | 100 | 48 | 2 | 997 | 18 | 1015 |
| Mark A. Huntsman | 105 | 185 | 135 | 8 | 38 | 61 | 71 | 92 | 187 | 166 | 103 | 54 | 90 | 33 | 2 | 68 | 177 | 128 | 128 | 10 | 1841 | 23 | 1864 |

**San Juan School District #4**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elsie Dee | 0 | 215 | 159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62 | 0 | 0 | 0 | 0 | 436 | 3 | 439 |
| Write-In | 0 | 146 | 127 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 | 314 | 4 | 318 |

**San Juan School District #5**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jean Holiday Nimrod | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 59 | 100 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 188 | 14 | 202 |
| Nelson Yellowman | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 126 | 86 | 0 | 0 | 0 | 0 | 0 | 0 | 258 | 10 | 268 |

**Grand County School Board**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Britnie Ellis | | | | | | | 94 | | | | | | | | | | | | | | 94 | 3 | 97 |

**Judicial Retention**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christine M. Durham | Yes | 127 | 204 | 137 | 8 | 42 | 76 | 88 | 103 | 202 | 222 | 148 | 59 | 133 | 84 | 6 | 54 | 189 | 176 | 153 | 7 | 2218 | 30 | 2248 |
| | No | 57 | 80 | 81 | 1 | 26 | 15 | 28 | 29 | 47 | 63 | 44 | 36 | 58 | 22 | 3 | 27 | 71 | 46 | 26 | 4 | 764 | 8 | 772 |
| Thomas R. Lee | Yes | 108 | 188 | 127 | 9 | 50 | 63 | 78 | 102 | 206 | 219 | 157 | 53 | 130 | 84 | 7 | 57 | 184 | 181 | 145 | 4 | 2152 | 30 | 2182 |
| | No | 71 | 90 | 90 | 0 | 18 | 28 | 34 | 29 | 40 | 70 | 32 | 35 | 62 | 21 | 2 | 25 | 72 | 37 | 26 | 7 | 789 | 8 | 797 |
| | | | | | | | | | | | | | 33 | | | | | | | | | | | | |
| Matthew B. Durrant | Yes | 113 | 175 | 124 | 9 | 50 | 72 | 78 | 101 | 206 | 212 | 152 | 54 | 121 | 80 | 6 | 50 | 182 | 180 | 151 | 4 | 2120 | 29 | 2149 |
| | No | 64 | 102 | 92 | 0 | 16 | 20 | 33 | 28 | 38 | 71 | 38 | 35 | 68 | 25 | 3 | 31 | 71 | 38 | 21 | 6 | 800 | 6 | 806 |
| | | | | | | | | | | | | | | | | | | | | | | | 0 | | |
| Gregory K. Orme | Yes | 112 | 170 | 132 | 9 | 47 | 66 | 82 | 97 | 196 | 212 | 146 | 48 | 118 | 81 | 7 | 51 | 181 | 174 | 141 | 5 | 2075 | 30 | 2105 |
| | No | 64 | 106 | 84 | 0 | 20 | 25 | 30 | 29 | 45 | 72 | 40 | 39 | 71 | 24 | 2 | 30 | 70 | 40 | 27 | 5 | 823 | 6 | 829 |
| Michele M. Christiansen | Yes | 129 | 194 | 129 | 9 | 46 | 66 | 82 | 95 | 203 | 219 | 156 | 58 | 137 | 85 | 4 | 58 | 177 | 181 | 148 | 6 | 2182 | 31 | 2213 |
| | No | 50 | 84 | 89 | 0 | 20 | 24 | 30 | 28 | 40 | 64 | 33 | 29 | 52 | 20 | 4 | 21 | 78 | 37 | 24 | 4 | 731 | 5 | 736 |
| Stephen L. Roth | Yes | 105 | 170 | 128 | 9 | 45 | 65 | 80 | 96 | 202 | 214 | 152 | 51 | 119 | 84 | 5 | 51 | 177 | 178 | 141 | 4 | 2076 | 31 | 2107 |
| | No | 70 | 103 | 86 | 0 | 22 | 26 | 32 | 30 | 40 | 70 | 34 | 34 | 68 | 21 | 3 | 27 | 72 | 39 | 27 | 6 | 810 | 6 | 816 |
| James Z. Davis | Yes | 108 | 173 | 140 | 9 | 49 | 65 | 82 | 97 | 198 | 214 | 151 | 52 | 115 | 78 | 7 | 43 | 178 | 176 | 145 | 6 | 2086 | 29 | 2115 |
| | No | 66 | 97 | 74 | 0 | 18 | 25 | 29 | 29 | 43 | 64 | 35 | 33 | 71 | 27 | 2 | 35 | 71 | 39 | 25 | 4 | 787 | 7 | 794 |

| | | | | | | | | | | | | | | | | | | | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J. Frederic Voros, Jr | Yes | 105 | 166 | 135 | 9 | 47 | 66 | 82 | 91 | 200 | 212 | 148 | 49 | 122 | 81 | 7 | 45 | 173 | 176 | 138 | 5 | 2057 | 28 | 2085 |
| | No | 72 | 106 | 78 | 0 | 21 | 25 | 30 | 33 | 40 | 68 | 39 | 39 | 63 | 24 | 2 | 33 | 76 | 41 | 30 | 5 | 825 | 7 | 832 |
| Mary L. Manley | Yes | 131 | 200 | 143 | 9 | 44 | 75 | 87 | 105 | 217 | 228 | 160 | 61 | 129 | 82 | 7 | 53 | 188 | 206 | 159 | 7 | 2291 | 32 | 2323 |
| | No | 63 | 77 | 74 | 0 | 27 | 18 | 35 | 42 | 50 | 76 | 39 | 28 | 61 | 20 | 3 | 26 | 87 | 43 | 30 | 6 | 805 | 5 | 810 |
| Scott N. Johansen | Yes | 120 | 176 | 135 | 9 | 46 | 68 | 79 | 102 | 214 | 227 | 157 | 52 | 115 | 83 | 7 | 52 | 186 | 200 | 162 | 7 | 2197 | 32 | 2229 |
| | No | 64 | 96 | 75 | 0 | 22 | 25 | 35 | 34 | 41 | 64 | 34 | 36 | 72 | 21 | 2 | 29 | 72 | 34 | 16 | 6 | 778 | 5 | 783 |
| Lyle R. Anderson | Yes | 112 | 177 | 131 | 10 | 62 | 63 | 80 | 125 | 230 | 207 | 152 | 54 | 131 | 85 | 7 | 51 | 200 | 213 | 183 | 11 | 2284 | 33 | 2317 |
| | No | 89 | 99 | 80 | 0 | 26 | 34 | 55 | 51 | 64 | 118 | 64 | 37 | 61 | 20 | 2 | 31 | 102 | 60 | 46 | 7 | 1046 | 9 | 1055 |

**Proposed Constitutional Ammendments**

| | | | | | | | | | | | | | | | | | | | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amendment A | YES | 87 | 149 | 116 | 3 | 14 | 32 | 29 | 63 | 135 | 99 | 72 | 42 | 106 | 63 | 7 | 52 | 117 | 104 | 92 | 4 | 1386 | 19 | 1405 |
| | NO | 114 | 141 | 110 | 5 | 66 | 60 | 107 | 93 | 147 | 206 | 138 | 53 | 99 | 46 | 2 | 40 | 168 | 177 | 108 | 8 | 1888 | 27 | 1915 |
| Amendment B | YES | 109 | 176 | 121 | 2 | 27 | 46 | 56 | 80 | 152 | 141 | 104 | 47 | 124 | 76 | 9 | 52 | 141 | 145 | 103 | 5 | 1716 | 24 | 1740 |
| | NO | 94 | 118 | 111 | 6 | 55 | 48 | 82 | 79 | 134 | 165 | 104 | 48 | 80 | 33 | 0 | 40 | 147 | 135 | 98 | 5 | 1582 | 22 | 1604 |
| Amendment C | YES | 98 | 150 | 109 | 2 | 9 | 30 | 22 | 39 | 105 | 86 | 57 | 38 | 112 | 75 | 0 | 44 | 93 | 75 | 73 | 2 | 1219 | 22 | 1241 |
| | NO | 107 | 143 | 121 | 6 | 74 | 63 | 119 | 118 | 181 | 222 | 153 | 59 | 88 | 34 | 9 | 48 | 201 | 206 | 128 | 8 | 2088 | 24 | 2112 |

| | | | | | | | | | | | | | | | | | | | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stright Party Voting** Libreterian | | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |
| Independent American | | 9 | 7 | 6 | 1 | 0 | 3 | 1 | 2 | 5 | 4 | 4 | 3 | 4 | 1 | 0 | 3 | 3 | 2 | 2 | 0 | 60 | 1 | 61 |
| Republican | | 10 | 26 | 37 | 10 | 16 | 17 | 33 | 27 | 32 | 41 | 27 | 10 | 38 | 15 | 0 | 3 | 46 | 42 | 33 | 5 | 468 | 8 | 476 |
| Constitutional | | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 12 | 0 | 12 |
| Democratic | | 111 | 181 | 121 | 0 | 1 | 12 | 14 | 7 | 9 | 8 | 8 | 40 | 146 | 87 | 1 | 70 | 12 | 3 | 3 | 6 | 840 | 19 | 859 |

_Bruce Adams_ (signature)
**Bruce Adams**

ABSENT
Kenneth Maryboy

_Phil Lyman_ (signature)
Phil Lyman

Exhibit 5

4/12/2016                                 San Juan County Mail - Election Press Release - Invitation to edit



**Nielson, John David <jdnielson@sanjuancounty.org>**

## Election Press Release - Invitation to edit
3 messages

**jdnielson@sanjuancounty.org** <jdnielson@sanjuancounty.org>          Wed, Mar 9, 2016 at 1:14 PM
To: cbegody@navajotimes.com

John David Nielson has invited you to **edit** the following document:

📄  **Election Press Release**

Open in Docs

This is a courtesy copy of an email for your record only. It's not the same email your
collaborators received. Click here to learn more.

**Google**

---

**Candace Begody** <cbegody@navajotimes.com>                          Wed, Mar 9, 2016 at 1:23 PM
To: John David Nielson <jdnielson@sanjuancounty.org>

There is an error when opening the document. If at all possible, it would help if it was sent as a pdf or word doc.

Thanks.

On Mar 9, 2016, at 1:14 PM, John David Nielson (via Google Docs) <drive-shares-
noreply@google.com> wrote:

SAN000103

4/12/2016                              San Juan County Mail - Election Press Release - Invitation to edit

John David Nielson has invited you to **edit** the following document:

Election Press Release

Open in Docs

This email grants access to this item. Only forward it to people you trust.

Google Docs: Create and edit documents online.                    

---

**Nielson, John David** <jdnielson@sanjuancounty.org>                    Wed, Mar 9, 2016 at 1:36 PM
To: Candace Begody <cbegody@navajotimes.com>

I apologize for the error. Listed below is the content of the proposed press release. Thank you for your time.

Regards,

John David Nielson


In order to clear up any confusion or misunderstandings regarding the 2016 elections for San Juan County School Board and San Juan County Commission vacancies, San Juan County would like to provide the following information to the public regarding election districts and precincts for this election cycle.

All precincts will remain the same as they have been for the 2014 county elections.

The School Board boundaries will change in accordance with the plan that was officially adopted by the San Juan County Commission in January 2016.

The Commission District boundaries will remain the same as they were in 2014.

If you are interested in learning more about what precinct you live in or whether you are eligible to run for one of the seats open this year, please contact the San Juan County Clerk's Office at 435-587-3223.

Additionally, while the county will continue to conduct their elections by mail in ballot, we will also provide election day polling locations, on site voting, and other voter resources at the following locations:

Monticello, Ut
Montezuma Creek, Ut
Oljato, Ut

SAN000104

Navajo Mountain, Ut

[Quoted text hidden]

SAN000105

4/12/2016                                San Juan County Mail - Election Press Release - Invitation to edit



**Nielson, John David <jdnielson@sanjuancounty.org>**

## Election Press Release - Invitation to edit
3 messages

**jdnielson@sanjuancounty.org** <jdnielson@sanjuancounty.org>          Wed, Mar 9, 2016 at 1:16 PM
To: sjrnews@frontiernet.net

John David Nielson has invited you to **edit** the following document:

   Election Press Release

   Please publish in the March 16th edition of the San Juan Record

thank you,
John David

[ Open in Docs ]

This is a courtesy copy of an email for your record only. It's not the same email your     
collaborators received. Click here to learn more.

---

**Nielson, John David** <jdnielson@sanjuancounty.org>                 Tue, Apr 12, 2016 at 10:33 AM
To: San Juan Record <sjrnews@frontiernet.net>

Good Morning
Last month I sent over a press release request in the form of a google document to be published in the March
16th edition. I didn't see it in the paper on the 16th or after and was curious if you received the previous request
or if you had trouble with the google doc.

thanks
John David
[Quoted text hidden]

---

**Bill Boyle** <sjrnews@frontiernet.net>                               Tue, Apr 12, 2016 at 10:45 AM
To: "Nielson, John David" <jdnielson@sanjuancounty.org>

John David,

I included the information in other articles about the election.  For some reason, I can't open this in Google docs.
Can you resend as a separate document rather than through Google docs?

SAN000106

4/12/2016                               San Juan County Mail - Election Press Release - Invitation to edit

Thanks,
Bill
[Quoted text hidden]

SAN000107