Exhibit C
Second Declaration of Terry Whitehat

**Second Declaration of Plaintiff Terry Whitehat**

1. I am a member of the Navajo Nation and a resident of Navajo Mountain, San Juan County.

2. From my home, it takes me approximately five hours to drive to Monticello one way.

3. There is a history of discrimination against Navajo people in San Juan County.

4. Whenever I go into Blanding or Monticello it feels like I'm a target. I therefore avoid going to Blanding and Monticello, if possible. For instance, if I am driving, I will gas up in Moab in Grand County, to avoid stopping in Blanding or Monticello for gas.

5. If an early vote site were available on the Navajo Reservation, I would take advantage of that opportunity as I am not always able to make it to the polling place on Election Day, due to work or travel.

6. My father is currently awaiting a kidney transplant, and I may be the kidney donor. The operation will take place in Salt Lake City and may occur over Election Day. Because I may be in hospital on Election Day, I would like the opportunity to vote early in person in Navajo Mountain.

7. For the 2016 primary election, I received my ballot in the mail on June 13, 2016, almost two weeks after ballots were mailed. *See* Exhibit 1, a true and correct copy of important dates for the 2016 election as downloaded from the County website (accessible at http://www.sanjuancounty.org/documents/Important%20Dates%20for%202016%20Elections.pdf), indicating ballots were mailed to voters on May 31, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Sept 15, 2016.

_Terry Whitehat_

Terry Whitehat

2

# Exhibit 1

Important Dates for 2016 Elections

- March 11th - 17th .. Candidate declaration period
- March 22nd .. Precinct Caucus meetings for registered political parties
- April 1st - 15th .. Declaration period for justice or judge retention
- May 13th .. Ballots transmitted to military-overseas voters
- May 30th .. Voter registration deadline for primary election (by mail)
- May 31st .. Absentee / By mail ballots mailed to voters
- June 13th .. Logic and accuracy testing
- June 28th .. Regular Primary Election
- September 9th .. Last day write-in candidates may file declarations of candidacy
- October 10th .. Voter registration deadline for general election (by mail)
- October 11th ..Absentee / By mail ballots mailed to voters
- October 24th .. Logic and accuracy testing
- November 1st .. Last day for in-person and online voter registration
- November 3rd .. Last day to request an absentee ballot
- November 8th .. Regular General Election