IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; et al, <br><br> Plaintiff, <br> v. <br> SAN JUAN COUNTY; et al., <br><br> Defendant. | ORDER REGARDING STATUS OF PENDING MOTION TO COMPEL <br><br> Case No. 2:16-cv-00154 JNP-BCW <br><br> District Judge Jill Parrish <br><br> Magistrate Judge Brooke Wells |

On January 12, 2017, Judge Jill Parrish referred this matter to the undersigned in accordance with 28 U.S.C. 636 (b)(1)(A) to hear and determine "all nondispositive pretrial matters."[1]  This referral includes the pending Motion to Compel Production and request for extension of fact discovery filed by Plaintiffs.[2]  Recently the parties sought a stipulation for an extension to file dispositive motions that Judge Parrish subsequently granted.[3]  In this stipulation the parties' state one reason that warrants the extension is the ongoing settlement discussions.  If settlement discussions appear to be headed toward resolution the pending discovery motion would become moot and there would be little benefit for either the court or the parties to extend resources to resolve the motion.  Thus, in an effort to help preserve scarce court resources[4] the undersigned enters the following:

---

[1] Docket no. 135.

[2] Docket no. 116.

[3] Docket no. 140.

[4] *See e.g., Procter & Gamble Co. v. Haugen*, 317 F.3d 1121, 1132-33 (10th Cir. 2003) (noting the importance of preserving finality of judgments to preserver scarce court resources); *Huffman v. Saul Holdings Ltd. P'ship*, 262 F.3d 1128, 1132, (10th Cir. 2001) (noting one reason for the law of the case doctrine is to help preserve court resources).

The parties are hereby ORDERED to provide to the court an update on the status of the pending Motion to Compel within seven (7) days from the date of this order.  This update is to include an estimation of the need to resolve this motion in light of the current settlement negotiations.

IT IS SO ORDERED.

DATED this 21 February 2017.

_____
Brooke C. Wells
United States Magistrate Judge