2:16Jesse C. Trentadue (#4961)
Carl F. Huefner (#1566)
Britton R. Butterfield (#13158)
**SUITTER AXLAND, PLLC**
8 East Broadway, Suite 200
Salt Lake City, UT  84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355
E-Mail: jesse32@sautah.com
E-Mail: chuefner@sautah.com
E-Mail: bbutterfield@sautah.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JUAN COUNTY; JOHN DAVID NIELSON, in his official capacity as San Juan County Clerk; and PHIL LYMAN, BRUCE ADAMS, and REBECCA BENALLY, in their official capacities as San Juan County Commissioners,<br><br>Defendants. | **SUPPLEMENT TO SHORT FORM DISCOVERY MOTION TO QUASH SUBPOENA**<br><br>Case No. 2:16-cv-00154 JNP<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Brooke C. Wells<br><br>**EXPEDITED TREATMENT REQUESTED** |

By this *Supplementation*, Defendants seek to inform the court that Plaintiffs have attempted to correct some of the deficiencies the Defendants brought to light in its *Motion to Quash* (Dkt. 188).  In a blatant attempt at an end run to try and prevail on the *Motion to Quash,*

Plaintiffs served Mr. Tapaha and corrected the date and included a copy of local rule 37. However, the other deficiencies remain and are exacerbated because Mr. Tapaha was served on Monday evening and Plaintiffs wish to depose him on Friday morning giving him less than 4 days to comply. Attached is a copy of the new subpoena that Defendants served on Mr. Tapaha.[1]

Plaintiff's belated efforts to depose Mr. Tapaha should not be rewarded and Court should quash the subpoena.

DATED this 9th day of January, 2018.

                SUITTER AXLAND, PLLC
                /s/ Britton R. Butterfield
                Jesse C. Trentadue
                Carl F. Huefner
                Britton R. Butterfield
                *Attorneys for Defendants*

T:\7000\7788\1\SUPPLEMENT TO SHORT FORM DISCOVERY MOTION TO QUASH.wpd

---

[1] Exhibit 1.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2018, I electronically filed **SUPPLEMENT TO SHORT FORM DISCOVERY MOTION TO QUASH SUBPOENA** with the U.S. District Court for the District of Utah. Notice will automatically be electronically mailed to the following individual(s) who are registered with the U.S. District Court CM/ECF System:

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT 84103
T: (801) 521-9862
jmejia@acluutah.org
lfarrell@acluutah.org
*Attorneys for Plaintiffs*

Ezra D. Rosenberg*
M. Eileen O'Connor*
Arusha Gordon*
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., Suite 400
Washington, D.C. 20005
T: (202) 662-8600
erosenberg@lawyerscommittee.org
eoconnor@lawyerscommitee.org
agordon@lawyerscommittee.org
*Attorneys for Plaintiffs*

M. Laughlin McDonald*
American Civil Liberties Union Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
T: (404) 500-1235
lmcdonald@aclu.org
*Attorneys for Plaintiffs*

Maya Kane*
10 Town Square, #52
Durango, Colorado 81301
T: (970) 946-5419
mayakanelaw@gmail.com
*Attorneys for Plaintiffs*

William A. Rudnick*
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: (312) 368-4000
william.rudnick@dlapiper.com
*Attorneys for Plaintiffs*

Raymond M. Williams*
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-3300
raymond.williams@dlapiper.com
*Attorneys for Plaintiffs*

/s/ Britton R. Butterfield