UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JUAN COUNTY; JOHN DAVID NIELSON, in his official capacity as San Juan County Clerk; and PHIL LYMAN, BRUCE ADAMS, and REBECCA BENALLY, in their official capacities as San Juan County Commissioners,<br><br>Defendants. | **STIPULATED MODIFICATION TO SETTLEMENT AGREEMENT**<br><br>Case No. 2:16-cv-00154 JNP<br><br>Judge Jill N. Parrish |

By and through their respective counsel, Plaintiffs and Defendants hereby move this Court to approve the following joint stipulated modification to the Settlement Agreement:

1. Plaintiffs and Defendants entered into a Settlement Agreement on February 20, 2018, attached here as **Exhibit A**.

2. Under Paragraph 14, Section F of the Settlement Agreement, the parties agreed that:

> [t]he procedures and services detailed [in the Settlement Agreement] shall be in place through at least the 2020 general election, at which time the parties agree to meet, in good faith, through designated representatives within 60 days to review data collected and to determine if procedures should be altered or services reduced, increased, or held the same.

1

3.	Due to COVID-19, there has been a delay in designating representatives by the San Juan County Commissioners, and, as a result, the Plaintiffs and Defendants have agreed to a 60-day extension of the deadline set forth in Paragraph 14 of the Settlement Agreement to March 3, 2021, in order to permit sufficient time to both: (1) identify the representatives; and (2) allow those designated representatives to substantively meet and discuss the procedures and whether they should be modified.

WHEREFORE, the undersigned counsel hereby jointly move the Court to approve of this modification to the Settlement Agreement and to incorporate its terms into the Settlement Agreement; and to retain jurisdiction over this matter in order to enforce the terms of the Settlement Agreement.

Dated this 28th day of December 2020.

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF UTAH** | **SUITTER AXLAND, PLLC** |
| /s/ John Mejia | /s/ Jesse C. Trentadue |
| John Mejia<br>*Attorney for Plaintiffs* | Jesse C. Trentadue<br>Carl F. Huefner<br>Britton R. Butterfield<br>*Attorneys for Defendants* |