FILED
2020 DEC 28 AM 11:59
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JUAN COUNTY; JOHN DAVID NIELSON; PHIL LYMAN; BRUCE ADAMS; and REBECCA BENALLY,<br><br>Defendants. | **ORDER GRANTING STIPULATED MODIFICATION TO SETTLEMENT AGREEMENT**<br><br>Case No. 2:16-cv-00154-JNP<br><br>District Judge Jill N. Parrish |

Before the court is the parties' Stipulated Modification to Settlement Agreement (the "Stipulated Modification"). ECF No. 200. Having reviewed the Stipulated Modification, it is HEREBY ORDERED THAT the modification is GRANTED. The deadline set forth in Paragraph 14 of the Settlement Agreement is extended to March 3, 2021, and the court retains jurisdiction over the parties for the limited purposes of continuing to enforce the Settlement Agreement and resolving any dispute as to whether any term of the Settlement Agreement shall be continued, altered, reduced, or increased.

DATED December 28, 2020.

                                 BY THE COURT

                                 _____
                                 Jill N. Parrish
                                 United States District Court Judge