FILED
2021 MAR 1
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; BETTY BILLIE FARLEY; WILLIE SKOW; and MABEL SKOW,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN JUAN COUNTY; JOHN DAVID NIELSON; PHIL LYMAN; BRUCE ADAMS; and REBECCA BENALLY,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MODIFICATION TO SETTLEMENT AGREEMENT**<br><br>Case No. 2:16-cv-00154-JNP<br><br>District Judge Jill N. Parrish |

Before the court is the parties' Stipulated Modification to Settlement Agreement (the "Stipulated Modification"). ECF No. 202. Based upon the Stipulated Modification, it is HEREBY ORDERED that the modification is GRANTED. The deadline set forth in Paragraph 14 of the Settlement Agreement is extended to April 2, 2021, and the court retains jurisdiction over the parties for the limited purposes of continuing to enforce the Settlement Agreement and resolving any dispute as to whether any term of the Settlement Agreement shall be continued, altered, reduced, or increased.

DATED March 1, 2021.

BY THE COURT

_____

Jill N. Parrish
United States District Court Judge