FILED
2021 APR 7 AM 10:07
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NAVAJO NATION HUMAN RIGHTS COMMISSION; PEGGY PHILLIPS; MARK MARYBOY; WILFRED JONES; TERRY WHITEHAT; WILLIE SKOW; and MABEL SKOW,<br><br>        Plaintiffs,<br><br>v.<br><br>SAN JUAN COUNTY; JOHN DAVID NIELSON; PHIL LYMAN; BRUCE ADAMS; and REBECCA BENALLY,<br><br>        Defendants. | **ORDER REGARDING REVISED SETTLEMENT AGREEMENT**<br><br>Case No. 2:16-cv-00154-JNP<br><br>District Judge Jill N. Parrish |

Recognizing that the parties have entered into the attached Revised Settlement Agreement, it is HEREBY ORDERED that the court APPROVES of the Revised Settlement Agreement. The court incorporates the terms of the attached Revised Settlement Agreement into this order and retains jurisdiction over the parties for the limited purposes of enforcing the Revised Settlement Agreement and resolving any dispute as to whether any term of the Revised Settlement Agreement shall be continued, altered, reduced, or increased.

        DATED April 7, 2021.

                                        BY THE COURT

                                        _Jill N. Parrish_
                                        _____
                                        Jill N. Parrish
                                        United States District Court Judge